**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**
Eastern Division

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **ATLANTIC PROPERTY MANAGEMENT CORPORATION, and DIVERSIFIED FUNDING, INC.**, <br><br> Defendants. | Civil Action No.  1:24-cv-10370-AK |

**DECLARATION OF ATTORNEY LINDSAY SFEKAS AND EXHIBIT LIST IN SUPPORT OF THE EEOC'S MOTION TO COMPEL**

I, Lindsay Sfekas, declare:

1.      I am a Trial Attorney for the U.S. Equal Employment Opportunity Commission (the "EEOC"), and I have personal knowledge of the facts set forth in this Declaration.  I submit this Declaration in support of the EEOC's Motion to Compel.

2.   Attached as exhibits hereto are true and accurate copies of the following documents:

| Exhibit Number[1] | Date of Document | Description of Document |
|---|---|---|
| **Ex. 1** | 6/26/2024 – 7/26/2024 | Email correspondence between counsel |
| **Ex. 2** | 8/9/2024 – 9/12/2024 | Email correspondence between counsel |

---

[1] To ensure that the ECF number following the hyphen is the same as the exhibit number, the EEOC is filing this Declaration separately from its Motion and Memorandum.

| Ex. 3 | 9/26/2024 – 10/11/2024 | Email correspondence between counsel |
|---|---|---|
| Ex. 4 | 9/26/2024 - 10/21/2024 | Email correspondence between counsel |
| Ex. 5 | 10/21/2024 | Email correspondence between counsel |
| Ex. 6 | 1/29/2025 | EEOC Deficiency Letter to Defendants |
| Ex. 7 | 1/30/2025 | Email correspondence between counsel |
| Ex. 8 | 2/4/2025 | Email correspondence between counsel |
| Ex. 9 | 2/4/2025 – 2/6/2025 | Email correspondence between counsel |
| Ex. 10 | 2/10/2025 – 2/11/2025 | Email correspondence between counsel |
| Ex. 11 | 10/21/2024 | Defendants' Responses to EEOC Interrogatories |
| Ex. 12 | 8/28/2024 | Defendants' Responses to EEOC Requests for Production of Documents |
| Ex. 13 | 2/4/2025 | Defendants' Stipulation |
| Ex. 14 | May 1, 2024 | *EEOC v. Otis Worldwide Corporation*, Civil Action No. 23-10612-MJJ, slip op. at 9-10 (D. Mass. May 1, 2024) |

3. On September 23, 2024, the parties met and conferred regarding the deficient document production and lack of responses to the Interrogatories. Defendants agreed to supplement their production and to perform searches of electronically stored information.

4. During a meet and confer on February 4, 2025, the parties agreed on all discovery disputes except EEOC's request for Defendants' financial documents. Defendants clarified they still had not used any search terms to collect electronically stored information. Defendants represented they had one of their employees, Controller, Cheryl Foote, collect ESI without oversight from counsel. Defendants agreed to engage an IT vendor to perform the search, and the EEOC agreed to provide proposed search terms by February 10, 2024.

5. To date, Defendants have not produced any additional agreed upon documents or

information.

6. The first deposition in this case is scheduled for March 31, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


 /s/ *Lindsay C. Sfekas*
LINDSAY C. SFEKAS
*Counsel for Plaintiff EEOC*
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION