# EXHIBIT 1

## LINDSAY C. SFEKAS

| | |
|---|---|
| **From:** | LINDSAY C. SFEKAS [she/her/hers] |
| **Sent:** | Friday, July 26, 2024 3:45 PM |
| **To:** | Joseph Sulman |
| **Cc:** | ANDRES PUERTA; NORA CURTIN |
| **Subject:** | RE: EEOC Initial Written Discovery to Defendants |

Joe,

I am certainly amenable to reasonable extensions of time and to accommodating the needs of counsel. Here, you simply requested a generic 30-day extension of time on the date that your responses were due, and I agreed to two weeks. If you have an explanation for why 30 days is needed, I would hope you would provide it. The fact that people with kids take summer vacations has no relationship to your request unless you are taking one. You did not advise that this was the case at the time of your request.

Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Friday, July 26, 2024 2:07 PM
**To:** LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV>; NORA CURTIN <NORA.CURTIN@EEOC.GOV>
**Subject:** Re: EEOC Initial Written Discovery to Defendants

Lindsay -

In my twenty years practicing, I have never had an opposing counsel refuse to grant a FIRST request for a discovery extension, particularly where the request was for a one month extension on discovery responses during the summer when parents take vacations with their children. So I will just file a motion with the court for the extension. And I will remember this going forward when you need a break.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

1

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Jul 26, 2024, at 2:00 PM, LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Joe,
>
> Despite the long period for discovery in this case, the EEOC served discovery consistent with the parties' agreement and reflected in the submission to the Court, that initial discovery would be served in June. This remains our position, and the Court noted that it adopted the proposed scheduling order, even if it did not explicitly adopt that deadline.
>
> The EEOC will agree to a two week extension on the discovery responses. A long discovery period gives the parties time to resolve disputes.
>
> Thanks,
> Lindsay
>
> ---
>
> **From:** Joseph Sulman <jsulman@sulmanlaw.com>
> **Sent:** Friday, July 26, 2024 12:30 PM
> **To:** LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV>
> **Cc:** ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV>; NORA CURTIN <NORA.CURTIN@EEOC.GOV>
> **Subject:** Re: EEOC Initial Written Discovery to Defendants
>
> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.
>
> Lindsay -
>
> The Defendants request a 30 day extension on the EEOC's initial written discovery. Let us know if this is acceptable.
>
> Also, the Court did not explicitly include the initial written discovery deadline in its Scheduling Order, which is why we haven't served our discovery yet. I anticipating serving in the next week or two. Given the lengthy discovery schedule that we have, this shouldn't present any sort of delay. Let me know if you disagree.
>
> Joe

2

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Jun 26, 2024, at 5:39 PM, LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Good evening Joe,
>
> Please see attached the EEOC's initial written discovery to Defendants.
>
> In addition, EEOC Assistant Regional Attorney Nora Curtin recently entered her appearance on this case. Please carbon copy Nora, Andres and me on all communications moving forward. Thank you.
>
> Best,
>
> **Lindsay C. Sfekas**
> Trial Attorney
> Equal Employment Opportunity Commission
> New York District Office
> (332) 234-5740

3

<EEOC First Set Interrogatories to Defs.pdf><Attachment A to EEOC First RFP to Defs.pdf><EEOC First RFPs to Defs.pdf>