# EXHIBIT 2

| | |
|---|---|
| **From:** | ANDRES PUERTA |
| **To:** | Joseph Sulman |
| **Cc:** | NORA CURTIN |
| **Subject:** | RE: EEOC Initial Written Discovery to Defendants |
| **Date:** | Thursday, September 12, 2024 1:46:00 PM |
| **Attachments:** | image001.png |

Good afternoon Joe,

I am following up regarding Defendants' response to the EEOC First Set of Interrogatories.  You mentioned below that you anticipated having Defendants' interrogatory responses ready last week, but we have not received them to date. Please advise when we should expect to receive them.

Additionally, we would like to meet and confer with respect to defendants' document production. Please let me know your availability towards the end of next week to meet.

Thank you,
Andres



**ANDRES F. PUERTA | Trial Attorney (He/Him)**
U.S. Equal Employment Opportunity Commission
Newark Area Office
Two Gateway Center, 17th Floor
Newark, NJ 07023
Direct: 929-506-5288
Andres.puerta@eeoc.gov

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Wednesday, August 28, 2024 4:56 PM
**To:** ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV>
**Cc:** NORA CURTIN <NORA.CURTIN@EEOC.GOV>; LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: EEOC Initial Written Discovery to Defendants

You don't often get email from jsulman@sulmanlaw.com. Learn why this is important

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Andres -

Attached please find the Defendant's Response to the Plaintiff's First Request for Production of Documents.

I will be producing the documents referenced in the Responses via a Dropbox link to you in a follow-up email.

I anticipate having our answers to Interrogatories ready sometime next week.

Joe


Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.


On Aug 22, 2024, at 11:32 AM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:

Hi Andres -

Apologies for the delay in responding to this.

We will be producing on responses and documents next week. I just got tied up on

a couple of pressing things last week.  We are also working on our interrogatories which will be forthcoming in the next couple weeks as well.

Joe


Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.


> On Aug 19, 2024, at 4:35 PM, ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV> wrote:
>
> Good afternoon Joe,
>
> With Lindsay preparing to take her maternity leave in the coming weeks, I'm going to take lead on this matter.
>
> I am following up on the below.  We did not receive your document production last week.  Please let us know if we should expect to receive the production this week. Additionally, please clarify whether we should

also expect your discovery responses this week.

Thank you,
Andres


<image001.png>
**ANDRES F. PUERTA | Trial Attorney (He/Him)**
U.S. Equal Employment Opportunity Commission
Newark Area Office
Two Gateway Center, 17th Floor
Newark, NJ 07023
Direct: 929-506-5288
Andres.puerta@eeoc.gov

---

**From:** LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV>
**Sent:** Friday, August 9, 2024 2:39 PM
**To:** Joseph Sulman <jsulman@sulmanlaw.com>
**Cc:** ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV>; NORA CURTIN <NORA.CURTIN@EEOC.GOV>
**Subject:** RE: EEOC Initial Written Discovery to Defendants

Joe,

Thanks for the update. Will this production also include the written responses to the Interrogatories and Requests? Also, do you know what day we can expect them?

Best,
Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Friday, August 9, 2024 2:27 PM
**To:** LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV>; NORA CURTIN <NORA.CURTIN@EEOC.GOV>
**Subject:** Re: EEOC Initial Written Discovery to Defendants

Lindsay -

Quick update: I have collected all responsive documents and am in the process of labeling them. I should have a production next week.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

\*\*My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.\*\*

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Jul 26, 2024, at 3:44 PM, LINDSAY C. SFEKAS [she/her/hers] <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

I am certainly amenable to reasonable extensions of time and to accommodating the needs of counsel.  Here, you simply requested a generic 30-day extension of time on the date that your responses were due, and I agreed to two weeks.  If you have an explanation for why 30 days is needed, I would hope you would provide it.  The fact that people with kids take summer vacations has no relationship to your request unless you are taking one. You did not advise that this was the case at the time of your request.