# EXHIBIT 5

| From: | Joseph Sulman |
|---|---|
| To: | ANDRES PUERTA |
| Cc: | NORA CURTIN |
| Subject: | Re: EEOC v. Atlantic Properties/DFI - Meet & Confer |
| Date: | Monday, October 21, 2024 3:28:50 PM |
| Attachments: | Answers to Interrogatories - Gunther 10.21.24.pdf |

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Andres -

I have an update and a response on the discovery issue.

1. Please find attached the Defendants' Answers and Objections to the EEOC's Interrogatories.

2. I have encountered a temporary hiccup with my client in the ESI search terms. The owner of the Defendant, based on experience, feels very uncomfortable in allowing a third-party to upload and retain, even temporarily, all emails from his company for a data search.  He has nothing to hide, but does not want to allow his data to be retained by a third party even on a temporary basis.  He has no problem with a third party coming to his office and searching through his email accounts.  It is the retention of emails that is the problem, and the ESI  companies like LEXBE need to upload all data to do the searches.

We have nothing to hide, so I am being as transparent as possible.  I can simply hire a regular IT vendor to do searches on his Exchange server for now, unless you have a better solution.  Without waiving any attorney client privilege, my client has been advised that these ESI search term data collection efforts are rather standard. All the same, I think his concerns about data integrity are not unreasonable, so I hope we can come to a mutually-acceptable solution.

Joe



Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution,

copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Oct 7, 2024, at 2:37 PM, ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV> wrote:

Joe:

Thanks for your response. With respect to the document productions mentioned below, when can we expect to receive those productions?

With respect to No. 1 below: 1) please provide the search terms Defendants' propose to use for their ESI search; 2) please provide the custodians that will have their e-mail searched; 3) please let me know if only e-mail is being searched, or whether other sources of ESI (*i.e.*, HR software, local hard drives, servers, etc.) are being searched as well.  EEOC reserves the right to negotiate additional search terms down the line or insist that other sources of ESI should be searched, collected, and produced.

Thank you,
Andres

**ANDRES F. PUERTA** | **Trial Attorney (He/Him)**
U.S. Equal Employment Opportunity Commission
Newark Area Office
Two Gateway Center, 17th Floor
Newark, NJ 07023
Direct: 929-506-5288
Andres.puerta@eeoc.gov

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, October 7, 2024 12:44 PM
**To:** ANDRES PUERTA <ANDRES.PUERTA@EEOC.GOV>
**Cc:** NORA CURTIN <NORA.CURTIN@EEOC.GOV>
**Subject:** Re: EEOC v. Atlantic Properties/DFI - Meet & Confer

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Andres -

I am writing in response to your correspondence concerning the Defendant's responses.

1. We have an engaged an IT consultant for an ESI search term review on the Defendant's email system for responsive documents. The search is underway.

2. We have collected the native versions of the production and are preparing for a production of the same.

3. We have collected the payroll for the past two Executive Administrative Assistants and are