# EXHIBIT 7

| | |
|---|---|
| **From:** | LINDSAY C. SFEKAS |
| **To:** | Joseph Sulman |
| **Cc:** | GENA MILLER |
| **Subject:** | Re: EEOC v. Atlantic Properties and DFI discovery |
| **Date:** | Thursday, January 30, 2025 3:22:20 PM |

Joe,

Sounds good. I just sent a meeting link to call in.

-Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, January 30, 2025 2:10 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: EEOC v. Atlantic Properties and DFI discovery

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Lindsay -

I can speak Tuesday at 1 pm.

Thanks,

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Jan 30, 2025, at 1:52 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

I hope all is well. I have returned from my parental leave and will resume litigating this case. I have cc-ed my colleague, Gena Miller, who will also be joining this case. Andres will no longer be assigned to the case.

Please find attached four notices for deposition and a subpoena we intend to serve on Robert Half on February 6, 2025.

I know that Andres conferred with you regarding deficiencies with Defendants' document production and sent a deficiency letter outlining the issues. We would like to further meet and confer regarding deficient interrogatory responses during the dates referenced in the letter: January 31, 2025 after 12:00 pm, February 3, 2025 after 10:00 am, or February 4, 2025 after 1:00 pm. Please let us know your availability. If the issues are not resolved, the EEOC will move to compel.

Best,
Lindsay

**Lindsay C. Sfekas**
Trial Attorney
Equal Employment Opportunity Commission
New York District Office
(332) 234-5740

<Deposition Notice Cheryl Foote.pdf><Deposition Notice R Bendetson.pdf><Deposition Notice R Russo.pdf><Deposition Notice S

Bendetson.pdf><Attachment A to Subpoena.pdf><EEOC v Atlantic-DFI_Civil Subpoena Fillable Form AO88.pdf>