# EXHIBIT 8

**From:** Joseph Sulman
**To:** LINDSAY C. SFEKAS
**Cc:** GENA MILLER
**Subject:** Re: EEOC v. Atlantic Properties and DFI discovery
**Date:** Tuesday, February 4, 2025 10:50:17 AM

Lindsay -

I address your deposition notices in my email.

I have two trials back to back beginning February 25 run until late March and I am also scheduling 10 depositions in another busy federal case for after the trials end. So the soonest I could take these depositions is April, but it is more likely that I will need to request an extension of the deadlines into the summer.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Feb 4, 2025, at 9:43 AM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:

Hi Lindsay -

In anticipation of our 11 am conference with the Judge today and our 1 pm conference call today, I am sending this email.

1. Please find attached Plaintiffs Supplemental Production, via Zip file. The file contains the Native files you requested, plus the payroll records for the Executive Administrative Assistant immediately before Ms. Gunther and after Ms. Gunther.

2 Please also find attached a Stipulation signed by counsel that lists the number of employees for both defendants in 2019, 2020, 2021, and that they accept joint liability without admitting or denying joint employment/single employment under the law, and will indemnify each other if and when any liabilty attaches.

3. As to the remaining issues raised in your letter, I can tell you that I have double checked with my client, and we have produced every document in our possession and control related to Ms. Gunther.  We have produced every document in our possession and control related to leaves of absence and accommodations for other employees.

Click to Download

Plaintiff Supplemental Production 2.4.25.zip

20.1 MB

Click to Download

Stipulation - FINAL.pdf

126 KB

4. In my review, the only dispute we have at this point is about producing revenue information, which we still contend is not relevant.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Jan 30, 2025, at 3:22 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

Sounds good. I just sent a meeting link to call in.

-Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, January 30, 2025 2:10 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>