# EXHIBIT 9

| | |
|---|---|
| **From:** | Joseph Sulman |
| **To:** | LINDSAY C. SFEKAS |
| **Cc:** | GENA MILLER |
| **Subject:** | Re: Recap of today"s call |
| **Date:** | Thursday, February 6, 2025 7:44:34 PM |

Hi Lindsay -

Yes it is Outlook.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Feb 6, 2025, at 2:50 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Joe,
>
> Thank you for clarifying. Gena and I have begun looking over your proposed search terms. We need to know the system that you will be searching to make sure the proper search syntax is used. Will you be searching in Outlook or another type of system?

Thank you,
Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, February 4, 2025 5:39 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: Recap of today's call

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Lindsay -

I am responding to your email attempting to summarize today's call. I think it captures most of the call, but I think it is mistaken in some respect, inadvertent, I'm sure.  I'm just going to list my areas where I think our memories differ rather than attempt a tracked changes type edit.

1. The overall ESI issue is not quite as you captured.  We produced documentsin response your discovery requests initially. Then you raised ESI concerns, and I attempted to work with my client to produce ESI through the ESI vendor Lexbe. We have several custodians, as you know.  One of them, the owner of the company, Richard Bendetson, has strong aversion about turning his email accounts over to a vendor for free and unlimited access, which is what Lexbe requires to run search term for document retrieval based on my discussion with  the vendor. The Defendant's regular IT consultant can run search terms on the Defendant's email platform, however, and collect emails and attachments this way, so we will perform ESI searches for you in this fashion. I remind you that I informed Attorney Puerta of the issue with using Lexbe for ESI document collection in an email on October 21, 2024, attached here, and did not receive a response. So my client and I cannot be faulted for being late with this aspect of discovery.

2. I have checked with my clients on March 31 and April 1. I will get back to you ASAP on those dates and no longer than February 14. I should point out that end of the month is typically not great for my clients as end of the month is when bookkeeping is tied up, so if you have other dates to propose, you

might want to do it now.

Thanks,


Joseph Sulman

Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204

Waltham, MA 02451

Office  617-521-8600

Direct 781-701-8126

Fax 866-514-4839


jsulman@sulmanlaw.com

www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)


צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Feb 4, 2025, at 3:22 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

 I wanted to recap our call today to make sure we are on the same page. Please let me know if anything below is inaccurate to your memory of the conversation.

You noted you would produce by Friday, February 14:

- A privilege log.

- Information related to how your client determined the individuals responsive to Request Nos. 18, 33 and 34, including who Ms. Foote communicated with to create the list.

- Any responsive documents to Request Nos. 18, 33 and 34.

- Complete answers to Interrogatories Nos. 1, 4 and 12. The missing information is identified in the EEOC's deficiency letter.

- Responsive information to Interrogatory No. 6.

- A complete answer to Interrogatory No. 12.

- Payroll records for the other individuals that held the Executive Administrative Assistant position.

You also indicated you will propound discovery no later than February 14.

We also determined that we are at an impasse regarding production of financial documents, and the EEOC will file a motion to compel.

As to the overall ESI, you indicated the defendant's owner does not want a third party vendor reviewing his emails and because of that, Cheryl Foote collected the current production. The defendant has not run any search terms to collect documents. We intend to internally discuss search terms and pass them

along to you for review by Monday. I understand that you did not review this most recent production to determine completeness.

We also discussed potential deposition dates. We noted that our preference would be to depose witnesses earlier in March in case there is a need for further written discovery. You noted you are available March 31 and April 1 and would request your client's availability. Please provide this information no later than February 14 so that we can reissue the deposition notices.

Finally, you confirmed you did not object to EEOC serving its third party subpoena on Robert Half.

Thank you,


**Lindsay C. Sfekas**
Trial Attorney
Equal Employment Opportunity Commission
New York District Office
(332) 234-5740