# EXHIBIT 10

| | |
|---|---|
| **From:** | GENA MILLER |
| **To:** | Joseph Sulman |
| **Cc:** | LINDSAY C. SFEKAS |
| **Subject:** | Re: 24-cv-10370, EEOC v. Atlantic Properties/DFI |
| **Date:** | Tuesday, February 11, 2025 10:32:25 AM |

I am sending this email because I inadvertently excluded my co-counsel.

Get Outlook for iOS

**From:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Sent:** Tuesday, February 11, 2025 10:31:26 AM
**To:** Joseph Sulman <jsulman@sulmanlaw.com>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties/DFI

Joe,

Your email does not answer my questions. When do you anticipate you will make this production? If you anticipate making this production later than February 14, please explain why Defendants need additional time.

Any updates on the dates the witnesses are available for depositions?

I ask these questions so that we can cooperate to resolve this efficiently and extrajudicially.

Sincerely,
Gena


Get Outlook for iOS

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, February 11, 2025 9:46 AM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties/DFI

Gena -

I recall informing the Court that I believed that my client could provide supplemental production by February 14, but this was before the EEOC took one week to provide me with search terms and inform me corrupted document production. Recall that I had first proposed search terms in October and did not receive a response from the EEOC. The fact that we had proposed the same search terms that you have now sent back to us is a non-sequitur when we sent these terms back in October and you could have easily rejected them, and so we were reasonable to wait for a response before continuing with the search for documents.

As I explained, we are diligently working on our supplementation and will have it as soon as

practical.  I note that due to my trial schedule, the depositions cannot occur until April anyway, so you are not going to be prejudiced by a production past the February 14 date.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Feb 11, 2025, at 7:37 AM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:
>
> Joe,
>
> When do you anticipate making this production, which you told the Court you would send to us by February 14? If you estimate that you will send it later than February 14, why do you anticipate that my email delays Defendants' ability to complete its production by February 14?
>
> The search terms are based off of the search terms Defendant proposed and had

you reviewed the documents before sending them to us, you would have been aware of these issues.

Sincerely,
Gena

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, February 10, 2025 5:12 PM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties/DFI

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Gena -

I am acknowledging receipt of your email.

While I informed your co-counsel Attorney Lindsay Sfekas that we would do everything we can to have supplemental production by this Friday February 14, this was before receipt of your email just now where you gave us new search terms and notified us that the native documents were corrupted and contained privileged information. So it may take us longer than four business days to run those searches and produce the documents, but I am working on the responses and production with my client.

Regards,

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126

Fax 866-514-4839

jsulman@sulmanlaw.com

www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Feb 10, 2025, at 4:41 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:
>
> Joe,
>
> I hope you had a nice weekend. I am reaching out to you regarding Defendants' anticipated supplemental production and deficiencies in Defendants' February 4, 2025 production.
>
> With respect to the anticipated production, please include a cover letter or guide indicating which files are responsive to which request and which files are native duplicates of previously produced files. Please also Bates stamp all files produced. Below are the search terms Plaintiff proposes which are based on the search terms

Defendants proposed:

1. For the following custodians: Cheryl Foote, Roberta Russo, Samantha Bendetson, and Richard Bendetson, and the following dates: July 1, 2021 to October 31, 2021, please search emails for the terms: Gunther, Tiffany, medical, leave, cancer, absen*, attendance, diagnosis, accom*, treatment, doctor, dr., chemo*, radiation, "time off", sick, disab*, appointment, surge*, "essential function*", "bank deposits", interview, applicant, hire

2. For the following custodians, Cheryl Foote, Roberta Russo, Samantha Bendetson, Richard Bendetson, Todd Wilson, Rob Damiano, Roberta Russo. January 1, 2018 to December 31, 2023, please search emails for the terms: ((leave or away or sick or out) near(10) (work or absence or medical or treatment)) or disab* or FMLA

3. For the following custodians, Cheryl Foote, Roberta Russo, Richard Bendetson, Samantha Bendetson and dates, January 1, 2020 through December 31, 2022, search emails for the terms: executive near(3) admin! near(3) (dut* or responsibility* or assignment* or function*),, EAA near(3) (dut* or responsibility* or assignment* or function*), admin* near(3) assistant near (3) (dut* or responsibility* or assignment* or function*)

The first hundred files or so in Defendants' February 4, 2025, production--which you mentioned that you did not review prior to sending to us--are corrupted. As a professional courtesy, we are also letting you know that some of the readable files appear to contain privileged attorney-client communications. We did not read these potentially privileged files but wanted to alert you to them. Because of the problems in this production, we plan to delete all of the files from Defendants' February 4, 2025, production.  Please reproduce relevant, responsive, files to us in a readable format with Defendants' next supplemental production on or before February 14, 2025. Please also note that if you produce privileged records to us again, we may presume you have done so intentionally and do not wish to assert privilege over them.

Regards,
Gena

**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity Commission
&lt;image001.png&gt; New York District Office

33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov