# EXHIBIT 12

UNITED STATES DISTRICT COURGT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC PROPERTY MANAGEMENT CORP. AND DIVERSIFIED FUNDING, INC.,<br><br>    Defendants. | Civil Action No.:<br>1:24-cv-10370 |

**DEFENDANTS RESPONSE TO PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

Defendants Atlantic Property Management Corp. ("Atlantic") and Diversified Funding,

Inc. ("DFI") (collectively "Defendants") hereby provide the following objections and responses

to the First Request for Production of Documents from Plaintiff U.S. Equal Employment

Opportunity Commission.

**REQUESTED DOCUMENTS**

1. All documents identified or relied upon in Defendants' answers to Plaintiff's First Set of Interrogatories pursuant to Fed. R. Civ. P. 33 or that concern any information provided in Defendants' answers to the Interrogatories, including all documents that support, undermine, contradict, or otherwise concern statements made in responding to the Interrogatories. For each such document, state to which interrogatory or subpart of an interrogatory the document corresponds.

   Response: Defendant will produce responsive documents.

2. All documents identified or relied upon in Defendant's Answer and its affirmative defenses in this matter, or that concern any information provided in the Answer to the Complaint, including all documents that support, undermine, contradict, or otherwise concern statements and denials made in responding to the Complaint. For each such

document, state to which paragraph of the answer or subpart of the answer the document corresponds

Response: Defendant will produce responsive documents. See all documents produced.

3.  Documents sufficient to establish the ownership and corporate structure of Defendant, including organizational charts showing corporate or management hierarchy.

    Objection and Response: Defendant objects to this Request on the grounds that it seeks information not relevant to any party's claim or defense considering that the Defendant does not disclaim that it is the property party, and further objects that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

4.  All documents that constitute, refer or relate to job descriptions for the Executive Administrative Assistant position that were used or in effect during the relevant time period, including any documents containing descriptions of preferred and minimum skills, experience, and/or qualifications for the position.

    Response: Plaintiff will produce responsive documents. See Tab 1.

5.  All documents and/or communications describing the essential functions of the Executive Administrative Assistant position

    Response: Defendant will produce responsive documents. See Tab 1.

6.  Charging Party's complete personnel records, including application materials.

    Response: Defendant will produce responsive documents. See Tab 2.

7.  Documents and/or communications concerning or related to Charging Party's medical condition.

    Response: Defendant will produce responsive documents. See Tab 3.

8.  Documents reflecting payroll documentation for the Executive Administrative Assistant position, including but not limited to pay statements, the number of hours worked, benefits and any type of compensation.

    Objection and Response: Defendant objects to this Request on the grounds that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its

likely benefit. Subject to and notwithstanding the objection, the Defendant will produce exemplary payroll documents sufficient to demonstrate the wages and benefits that the Charging Party would have received had she been hired. See Tab 4.

9. Documents sufficient to identify any non-wage benefits (including without limitation, healthcare benefits, insurance benefits, retirement and/or pension benefits, including 401k) and the monetary value of any non-wage benefits, that were offered, provided or available to the Executive Administrative Position offered to Charging Party

Response: See Objection and Response to No. 4.

10. Documents reflecting the employment policies, processes, or procedures, including handbooks, manuals, work rules, or guidelines regarding hiring and/or reasonable accommodation at Defendants, in effect during the relevant time period

Response: Defendant will produce responsive documents. See Tab. 5.

11. Documents and/or communications concerning or referring to Charging Party and her employment at Defendants

Response: Defendant will produce responsive documents. See Tab. 1-3.

12. Documents and/or communications, including meeting minutes, notes, or internal memoranda, concerning, referring, or related to Charging Party's job interview(s) for the Executive Administrative Assistant position

Response: Defendant will produce responsive document. See Tab. 1.

13. Documents and/or communications concerning the decision to hire Charging Party to the Executive Administrative Assistant position..

Objection and Response: Defendant objects to the request on the grounds that it improperly characterizes the action of Defendant as having hired Charging Party. Subject to and notwithstanding such objection, Defendant will produce response documents on its decision to offer Charging party the Executive Administrative Assistant position. See documents included in Tab 1.

14. Documents and/or communications concerning Charging Party's request for an accommodation between September and October 2021

Response: Defendant will produce responsive document.  See Tab 3.

3

15. Documents and/or communications concerning the decision to deny Charging Party's requested accommodation

    Response: Defendant will produce responsive document. See Tab 3.

16. Documents and/or communications between and/or among Defendants' management and supervisory employees concerning Charging Party's requested accommodation.

    Response: Defendant will produce responsive document. See Tab 3.

17. Documents concerning any training, guidance and/or education Defendants have provided its employees who perform or supervise the work of the Executive Administrative Assistant at Defendants, including managers and non-managers, concerning disability discrimination or reasonable accommodations under the ADA, in effect at any time during the relevant time period

    Response: Defendant does not possess or control any such documents.

18. Documents and/or communications concerning any requests for accommodations under the ADA during the relevant time period.

    Objection and Response: Defendant objects to this Request on the grounds that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Subject to and notwithstanding the objection, the Defendant will produce records in its possession and control on accommodations provided to employees who had medical-related disabilities during the relevant time period.   See Tab 3.

19. Documents and/or communications reflecting Defendants' analysis of the financial and/or operational costs or burdens associated with Charging Party's requested accommodation.

    Response: Defendant does not possess or control any such documents.

20. Documents and/or communications reflecting any operational burden or hardship Defendant would have endured had it granted Charging Party's requested accommodation.

    Response: Defendant will produce responsive document. See Tab 3 and Affidavit of Samantha Bendetson in Tab 1.

21. Documents and/or communications related to Charging Party's termination of employment with Defendants.

4

Response: Defendant will produce responsive document. See Tab 3.

22. Documents and/or communications related to the decision to terminate Charging Party's employment with Defendants.

Response: Defendant will produce responsive document. See Tab 3.

23. Documents, including but not limited to, payroll tax records and other personnel records, sufficient to demonstrate the number of employees Defendants employed during each calendar week for the years 2021, 2022, and 2023

Objection and Response: Defendant objects to this Request on the grounds that it seeks information not relevant to any party's claim or defense considering that the Defendant does not disclaim that it is the property party, and further objects that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

24. Documents, including but not limited, to Articles of Incorporation, Certificates of Formation, corporate bylaws, operating agreements, and other corporate governance documents, sufficient to show Defendants' domicile and/or principal place of business/

Objection and Response: Defendant objects to this Request on the grounds that it seeks information not relevant to any party's claim or defense considering that the Defendant does not disclaim that it is the property party, and further objects that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

25. Documents and/or communications supporting, concerning, or related to Defendants' Second and Third Affirmative Defenses asserted at page 7 of the Answer that Plaintiff failed to file the "administrative claims" and "legal claims" "within the time required under the applicable statues or regulations/

Objection and Response Defendant refers to the original charge and application for employment of Charging Party.

26. Documents and/or communications supporting, concerning, or related to Defendants' Fourth Affirmative Defense asserted at page 7 of the Answer that "Plaintiff's claims and/or entitlement to relief is barred in whole or in part by the doctrine of unclean hands."."

5

<u>Response</u>**:** Defendant does not possess or control any such documents

27. Documents and/or communications sufficient to identify all individuals who had or have any ownership or financial control of Defendants, including the dates and monetary amounts of said ownership or financial control for each individual

    <u>Objection and Response:</u> Defendant objects to this Request on the grounds that it seeks information not relevant to any party's claim or defense considering that the Defendant does not disclaim that it is the property party, and further objects that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit

28. Documents concerning Defendant's finances and business, including:

    a. All income tax returns for 2021 to the present, including exhibits and attachments;

    b. All audited and unaudited balance sheets reflecting assets, liabilities, and net worth for each fiscal year from 2021 to the present;

    c. All audited and unaudited profit and loss statements for each fiscal year from 2021 to the present, including supporting documents;

    d. Cash flow analysis statements for each fiscal year from 2021 to the present; and

    e. All financial statements for each fiscal year from 2021 to the present.

    <u>Objection and Response:</u> Defendant objects to this Request on the grounds that it seeks information not relevant to any party's claim or defense considering that the Defendant does not disclaim that it is the property party, and further objects that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit

29. Documents and/or communications concerning or relating to any alternative accommodations that Defendants considered or offered to Charging Party after she requested an accommodation from Defendants

    <u>Response</u>**:** Defendant does not possess or control any such documents.

30. Documents and/or communications sufficient to identify all individuals who held the role of Executive Administrative Assistant in any of Defendants' locations from 2020 to present.

<u>Objection and Response:</u> Defendant objects to this Request on the grounds that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Subject to and notwithstanding the objection, the Defendant will produce exemplary documents sufficient to identify the individuals who held the role of Executive Administrative Assistant in any of Defendants' locations from 2020 to present

31. Annette Hodder's complete personnel records, including application materials.

    <u>Response</u>**:** Defendant does not possess or control any such documents

32. Elizabeth Roesel's complete personnel records, including application materials.

    <u>Response</u>: Defendant will produce responsive document. See Tab 6.

33. Documents and/or communications sufficient to identify all current or former employees of Defendant who were on unpaid leave for any period of time between January 2020 through the present.

    <u>Objection and Response:</u> Defendant objects to this Request on the grounds that it seeks information not relevant to any party's claim or defense considering that the Defendant does not disclaim that it is the property party, and further objects that the request is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Subject to and notwithstanding such objection, Defendant refers Plaintiff to the documents produced in response to No. 18.

34. Documents and/or communications concerning any current or former employees of Defendant who requested and/or received extended or intermittent leave or a flexible/modified work schedule due to health, family, or other personal circumstances for any period of time between January 2019 and the present.

    <u>Objection and Response</u>: See objection and response to No. 33.

35. The curriculum vitae and any reports produced by all experts retained by Defendants concerning this action.

    <u>Objection and Response</u>: Defendant has not retained an expert at this time. If and when Defendant retains an expert, this response will be supplemented consistent with the requirement and obligations under Rule 26.

36. All documents provided to or received from, prepared by, authored by, or relied upon by any expert witness retained by Defendants regarding any aspect of this action.

   Objection and Response: Defendant has not retained an expert at this time. If and when Defendant retains an expert, this response will be supplemented consistent with the requirement and obligations under Rule 26.

37. Any sworn statements (including declarations and affidavits) obtained by Defendants at any time that relate to or concern the allegations or defenses in this litigation.

   Response: Defendant does not possess or control any such documents.

38. Defendants' document retention and/or destruction policies and procedures.

   Response: Defendant does not possess or control any such documents

39. To the extent not produced, all documents identified in Defendant's disclosures pursuant to Federal Rules of Civil Procedure 26(a).

   Response: Defendant refers Plaintiff to documents produced herein.

40. To the extent not produced, all documents Defendant intends to use as Exhibits to depositions in this matter or at trial.

   Objection and Response: Defendant objects to this Request on the ground that it seeks protected information based on Attorney Work Product.

                                    DEFENDANTS ATLANTIC PROPERT MANAGEMENT
                                    CORP. AND DIVERSIFIED FUNDING, INC.
                                    By their attorneys,

                                    /s/ Joseph Sulman
                                    Joseph L. Sulman, BBO #663635
                                    LAW OFFICE OF JOSEPH L. SULMAN
                                    255 Bear Hill Road, Suite 204
                                    Waltham, MA 02451
                                    (617) 521-8600
                                    jsulman@sulmanlaw.com

<u>Certificate of Service</u>

I hereby certify that this Opposition was served on counsel of record for Defendants on August 28, 2024 by electronic mail.

/s/ Joseph Sulman
Joseph L. Sulman