# EXHIBIT 13

UNITED STATES DISTRICT COURGT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>ATLANTIC PROPERTY MANAGEMENT CORP. AND DIVERSIFIED FUNDING, INC.,<br><br>     Defendants. | Civil Action No.:<br>1:24-cv-10370 |

**STIPULATION OF DEFENDANT ATLANTIC PROPERTIES MANAGEMENT CORP. AND DIVERSIFIED FUNDING, INC.**

Defendants Atlantic Property Management Corp. ("Atlantic" or "Defendant) hereby stipulate and agree to the following facts solely for purposes of the present action:

1. Between the two entities, and based on payroll records, they employed the following number of individuals in the corresponding years:

- 2021: 90
- 2022: 203
- 2023: 201.

2. They do not dispute, and accept, joint and several liability in the present action, without either admitting or denying that they are legally joint employers or a single employer.

3. In turn, Atlantic agrees to indemnify DFI, and DFI agrees to indemnify Atlantic, to the extent that either is found liable to Plaintiff on any claims in the Complaint, for the portion of any judgment against it in this action which either Defendant is unable or fails to satisfy.

DEFENDANTS ATLANTIC PROPERT MANAGEMENT
CORP. AND DIVERSIFIED FUNDING, INC.
By their attorneys,

/s/ Joseph Sulman
Joseph L. Sulman, BBO #663635
LAW OFFICE OF JOSEPH L. SULMAN
255 Bear Hill Road, Suite 204
Waltham, MA 02451
(617) 521-8600
jsulman@sulmanlaw.com

Certificate of Service

I hereby certify that this Opposition was served on counsel of record for Defendants on February 4, 2025 by electronic mail.

/s/ Joseph Sulman
Joseph L. Sulman