**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC PROPERTY MANAGEMENT CORPORATION, and DIVERSIFIED FUNDING, INC., <br><br> Defendants. | Civil Action No. 1:24-cv-10370-AK |

**<u>JOINT STIPULATION</u>**

This stipulation is made by and between Plaintiff the U.S. Equal Employment Opportunity Commission (the "EEOC" or "Plaintiff") and Defendants Atlantic Properties Management Corporation ("Atlantic Properties") and Diversified Funding, Inc. ("DFI") (collectively "Defendants").

**WHEREAS** Charging Party filed a charge with the EEOC against Defendants, and the EEOC closed its investigation with a Notice of Conciliation Failure;

**WHEREAS** on February 15, 2024, the EEOC initiated the present action against Defendants under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, as amended by the Americans with Disabilities Amendments Act of 2008 ("ADA"), alleging that Defendants operated as an integrated enterprise and/or single employer and discriminated against Charging Party based on her disability when they refused to provide a reasonable accommodation for her disability and retaliated against her for making an accommodation request (*see* Doc No. 1);

**WHEREAS** Defendants responded to the EEOC's Complaint denying that they operated as an integrated enterprise or single employer (*see* Doc. No. 8 at ¶ 10);

1

**WHEREAS** the EEOC seeks monetary and injunctive relief as set forth in its Complaint against Defendants, and their officers, successors, assigns, and all persons in active concert or participation with Defendants, for and on behalf of the aggrieved Charging Party (*see* Doc. No. 1 at 9-10);

**WHEREAS** Defendants deny that they acted unlawfully in any way and deny that the EEOC or the Charging Party is entitled to any relief whatsoever;

**WHEREAS** the parties wish to simplify the legal issues in this case and conserve the resources of the parties and the Court;

**NOW, THEREFORE**, the EEOC and Defendants hereby agree and stipulate as follows:

1. The EEOC and Defendants stipulate and represent that, solely for purposes of this lawsuit, the challenged decisions made by Defendants' personnel shall be attributable to both Atlantic Properties and DFI.

2. Should the EEOC establish liability for violation of the ADA as to either Atlantic Properties or DFI, such liability shall be imputed to the other Defendant solely for purposes of this lawsuit.

3. Neither Defendant Atlantic Properties nor DFI will assert any defense in this action relating to their employer status.

4. Defendants stipulate that Atlantic Properties and DFI are jointly and severally liable for any monetary judgment obtained by the EEOC against either Defendant in this lawsuit.

5. Defendants stipulate and agree that either or both Atlantic Properties and DFI may be required to provide injunctive and/or equitable relief in this matter, to the extent it is either agreed to by the parties in any Consent Decree or awarded by the Court, and agree to work together to implement such relief if awarded, ordered, obtained, or agreed to as against either or both

entities.

6.      The EEOC may use evidence of the financial resources (e.g., profits, revenue, etc.) of Defendant Atlantic Properties or DFI, or both, in connection with the EEOC's request for punitive damages against either or both Defendants.

7.      Defendants represent and stipulate that no other corporate entity or individual is necessary to fully implement any injunctive or equitable relief that may be awarded by the Court, obtained at trial or agreed to in terms of a Consent Decree.  Defendants will not assert any defense in this action under Fed. R. Civ. P. 19(a), 19(b), and 19(c), including failure to join an indispensable party or parties and/or failure to join a necessary or required party or parties.

8.      Defendants' stipulation shall be limited to this case alone and shall not be used in, bind them, or have any other effect on any other matters, claims, disputes, or litigation which may arise outside the context of this lawsuit, nor shall such stipulation support, suggest, or serve as evidence of any future claims of integrated enterprise or single employer asserted by EEOC.

[end]

Dated: March 27, 2024

By: ____/s/ Joseph Sulman_____
Joseph Sulman
Law Office of Joseph Sulman
255 Bear Hill Road, Suite 204
Waltham, MA 02451
(617) 521-8600
jsulman@sulmanlaw.com

Attorney for Defendants

By: /s/ Lindsay Sfekas_____
Lindsay C. Sfekas
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
(929) 506-5284
lindsay.sfekas@eeoc.gov

Gena Miller
U.S. Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
(929) 506-5343

3

gena.miller@eeoc.gov

Attorneys for Plaintiff U.S. Equal
Employment Opportunity Commission

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system on March 27, 2025, will be served electronically by the ECF system upon each party and participant identified on the Notice of Electronic Filing.

*/s/ Lindsay Sfekas*

4