# EXHIBIT 2

| | |
|---|---|
| **From:** | LINDSAY C. SFEKAS |
| **To:** | Joseph Sulman |
| **Cc:** | GENA MILLER |
| **Subject:** | RE: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup |
| **Date:** | Friday, May 2, 2025 4:23:00 PM |

Joe,

You just produced only three emails—all of which come from a single custodian's account. Can you please verify the search terms used and the custodians searched?

Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Friday, May 2, 2025 4:09 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Counsel -

Please find attached.

1. The payroll records, in Excel format, from Defendant concerning Ms. Farrow.

2. The responsive ESI records resulting from the review of native documents collected via the search terms provided by EEOC as conducted by the Defendant's ESI Vendor.

This production has not been given a control number because it is produced in native format.

Joe


Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 2, 2025, at 8:23 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

We are not saying we will accept service. She may be willing to accept service via email (which you have in the discovery responses).

We will still make her available, and I will let you know as soon as I get additional times that she is available for the deposition.

We look forward to your productions today of the ESI and Ms. Farrow's payroll records.

Best,
Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, May 1, 2025 3:29 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Are you saying that?

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 1, 2025, at 3:17 PM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:
>
> I will cancel the subpoena, presuming you are saying that you are accepting the subpoena on her behalf.
>
> Joseph Sulman
> Law Office of Joseph L. Sulman, Esq.
> 255 Bear Hill Road, Suite 204
> Waltham, MA 02451
> Office  617-521-8600
> Direct 781-701-8126
> Fax 866-514-4839

jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 1, 2025, at 3:11 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Understood, and I understand that you initiated this before we notified you that we could make her available. But, because we are making her available, there is no need to serve the subpoena. Can you please try to cancel the process server?

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, May 1, 2025 3:07 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Not sure if it served yet, but sent to the process server. I have not received a return of service yet.

I have told you about the subpoena before.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution,

copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 1, 2025, at 3:05 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

This is the first time we have seen the subpoena. Are you saying you already served it?

Best,
Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, May 1, 2025 2:22 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

There is an Exhibit A to the subpoena served on her. See attached.

I will re-notice the deposition, of course.

I should need 2-3 hours.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451

Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received

this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 1, 2025, at 2:17 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe-

My apologies. I did not realize it was Memorial Day on the 26th. How long do you believe you will need for the deposition, and I can confer with her again? Also, we have no knowledge of a request for documents from Mrs. Varner.

Best,
Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, May 1, 2025 2:14 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Lindsay -

May 26 is Memorial Day.  Please choose another day and I will be happy to work around Ms. Varner's schedule provided that she produce the documents in response to the subpoena by the required date of May 21.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying,

review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 1, 2025, at 2:04 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe-

The EEOC has reached out to Mrs. Varner and confirmed that we can facilitate her deposition and make her available. To that end, she only has May 26 after 12:00 pm free over the next month. She is an interpreter and incredibly busy over the next month.

Best,
Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Friday, April 25, 2025 4:00 PM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Gena -

We are reviewing the collecting of emails from the search terms - it took longer than expected because there was a problem viewing them on my office Mac-based computers, so we had to bring in PC-based computers. Those should be produced next week.

Ms. Farrow's payroll records are being collected but not ready yet. I expect them to be ready next week sometime.

We are reviewing the tax returns, and do not agree that you can unilaterally determine which records that we will produce in response to your request. The Judge was clear that she expected compromise from both sides. But we are reviewing to see if the tax returns will be sufficient or if further information will be necessary and hope to respond by mid next week.

The date of May 20 is fine for the 30b6. Because of that, we are changing the subpoena for Ms. Varmer to May 21 and will update our notice of her deposition accordingly.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

\*\*My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.\*\*

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Apr 23, 2025, at 1:29 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:
>
> Joe,
>
> Thanks for sharing Defendants' availability for the 30(b)(6) deposition. Attached, please see an amended notice of that deposition for May 20, 2022.
>
> Regarding the financial information, the Court granted our motion to compel a response to our request for production of:
>
>> Documents concerning Defendant's finances and business, including:
>> a. All income tax returns for 2021 to the present, including exhibits and attachments;
>> b. All audited and unaudited balance sheets reflecting assets, liabilities, and net worth for each fiscal year from 2021 to the present;
>> c. All audited and unaudited profit and loss statements for each fiscal year from 2021 to the present, including supporting documents;
>> d. Cash flow analysis statements for each fiscal year from 2021 to the present; and
>> e. All financial statements for each fiscal year from 2021 to the present.
>
> As I stated to the Court during the hearing, to the extent Defendants maintain this information in a different format or titled differently, the EEOC is willing to discuss accepting the production of other documents that contain the information we seek. It is our position that tax returns with exhibits and attachments will not be a complete response to our request.

Thanks also for the update on Ms. Farrow's payroll and on the Defendants' ESI search. If Defendants do not produce these by the end of the week, on Friday, will you please provide an update of when Defendants anticipate they will produce them?

Best,
Gena

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Wednesday, April 23, 2025 11:53 AM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Gena and Lindsay -

Following up on these issues:

1. May 20-22 would work best for Ms. Foote and myself for the Rule 30(b)(6) deposition. Does that work for you?

2. We are collecting the tax returns for the Defendants and I will review them to see what information they contain this week.

3. We are collecting the payroll for Ms. Farrow. Defendants believe that she was under a different payroll system which is why her info wasn't produced yet. They'll have to contact the old payroll system to get her information.

4. As far as the search term production, my review has raised questions as to whether there is any issue with the integrity of the data - many emails have no content. So we are checking on that.

Joe


Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

\*\*My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.\*\*

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Apr 18, 2025, at 12:05 PM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:

Gena -

Regarding this issue and other discovery matters, a short update:

1. I have received the results of ESI search terms results, and am reviewing for responsive documents. I will get back to you next week with a production.

2. Ms. Foote has been away on vacation this week, which I believe was relayed to you earlier when we were trying to schedule the 30b6 deposition prior to the Court's extension of the discovery period. I will speak with her on Tuesday about the questions on the financial records, the date for the 30b6 deposition, and other outstanding issues and get back to you.

3. I will be serving with you later today or tomorrow a Second Request for Production of Documents and Notice of Deposition of Melisa Varner.  I assume you will not produce her voluntarily so a subpoena will also be served shortly.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204

Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

\*\*My working hours may not be
your working hours. Please do not
feel obligated to respond outside of your
work schedule.\*\*

STATEMENT OF CONFIDENTIALITY This e-mail message may contain
confidential and/or legally privileged
information belonging to the sender and
intended only for the review and use of
the intended recipient. If you are not the
intended recipient, any disclosure,
dissemination, distribution, copying,
review, or use of the information
contained in this e-mail message or any
attachment is strictly prohibited. If you
believe you have received this e-mail
message in error, please notify the Law
Office of Joseph L. Sulman, Esq. at (617)
521-8600, and purge this e-mail message
from your computer system immediately.
Thank you.

On Apr 16, 2025, at 9:32 AM,
GENA MILLER
<GENA.MILLER@EEOC.GOV>
wrote:

Hi Joe,

We don't think that will be
sufficient. We're happy to
discuss more. To that end, it
would be helpful to know how
your clients maintain records of
their financial information.

Best wishes,
Gena

**From:** Joseph Sulman

<jsulman@sulmanlaw.com>
**Sent:** Tuesday, April 15, 2025 7:15 PM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Hi Gena -

I need to discuss with my client, which I am going to do tomorrow, but I think the production of tax returns should be sufficient.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient,

any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Apr 15, 2025, at 2:50 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:

Joe,

Yes, we can discuss this. What do you propose?

Best,
Gena

**From:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Sent:** Monday, April 14, 2025 1:30 PM
**To:** Joseph Sulman <jsulman@sulmanlaw.com>; GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** RE: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Hi Joe,

Gena is off today, but we will discuss and get back to you about narrowing the request.

Best,
Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, April 14, 2025 10:46 AM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Gena -

I will get back to you about the rest of discovery, and I don't think it will be a problem. But I wanted to ask if we could talk about the financial records specifically. As Judge Kelley indicated, we should be able to work on a narrower production that the records specifically requested in the RFPD. Can you tell me what specific information you're looking for so I can see what documents might provide that? I'm available for a

phone call after 4 today if that would help.

Thanks,

Joe


Joseph Sulman
Law Office of
Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended

only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Apr 11, 2025, at 4:12 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:

Joe,

Other than the financial records, here are the discovery issues that we

discussed yesterday:

- From the August 8, 2024, production and the April 9, 2025, production

, it appears that all of the emails come from Ms. Foote's email and Ms. Russo's e

mail. Please have Defendants searching in Ms. McCourt and Mr. Bendetson's sema

il in response to the other RFPD's, too. Please also have Defendants search Ms.

Foote's account again, as we produced an email in which MS. Gunther and MS

.Foote emailed about Ms. Gunther's start date, which Defendants did not pr

oduce.

- Per our February 10, 2025, email, we will look out for Defendants,

production on these searches:

1. For the following custodians: Cheryl Foo

te, Roberta Russo, Samantha Bendetson, and Richard Bendetson, and the follo

wing dates: July 1, 2021 to October 31, 2021, please search the email s for the term

s: Gunther, Tiffany, medical, leave, cancer, absen*, attendance, diagnosi

s, accom*, treatment, doctor, dr., chemo*, radiation, "time off", sick, dis

ab*, appointment, surge*, "essential function*", "bank deposits", interv

iew, applicant, hire

2. For the following custodians, Cheryl Foote, Robert

aRusso, Samantha Bendetson, Richard Bendetson, Todd Wilson, Rob Damiano, R

oberta Russo. January 1, 2018 to December 31, 2023, please search the emails for t

he terms: ((leave or away or sick or out) near(10) (work or absence or medical lo

r treatment)) or disab* or FMLA

3. For the following custodians, Cheryl Foot

e, Roberta Russo, Richard Bendetson, Samantha Bendetson and dates, January y

1, 2020 through December 31, 2022, search emails for the terms: executive nea

r(3)admin!near(3)(dut*orresponsibility*orassignment*orfunction*),

,EAAnear(3)(dut*orresponsibility*orassignment*orfunction*),admin*

near(3)assistant near(3)(dut* or responsibility* or assignment* or funct

ion*)

- Thank you for providing Ms. R. Foote's and Ms. Roesel's pay histor

y in the April 9, 2025, production. Please also provide Ms. Farrow's pay hi

story.

- Regarding the response to interrogatory 6, please provide a co

mplete response regarding leave granted to Angel Zamorano, Donna Cord

es, Ms. Cardona, Kathy Lehman, Robert Damiano, and Alberth Duron. Please

also provide information on any leave that Defendants have denied or con

firm that the Defendants have not denied a request for leave during the rel

e
v
a
n
t
ti
m
e
p
e
ri
o
d
.

As for scheduling the 30(b)(6), what is Defendants' availability the week of May 12?

Best,
Gena

**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

<image001.png>

<Mail Attachment.eml>

<Amended 30(b)(6) Notice for Defs.pdf>