# EXHIBIT 3



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Boston Area Office

JFK Federal Building
15 New Sudbury Street, Room 475
Boston, MA 02203-0506
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Boston Direct Dial:  (617) 865-3670
FAX (617) 565-3196
Website:  www.eeoc.gov

May 5, 2025

**VIA EMAIL**

Joseph L. Sulman, Esq.
LAW OFFICE OF JOSEPH L. SULMAN
255 Bear Hill Road, Suite 204
Waltham, MA 02451
jsulman@sulmanlaw.com

> RE     *U.S. Equal Employment Opportunity Commission v. Atlantic Property Management Corp. and Diversified Funding, Inc.*, 1:24-cv-10370-AK

Dear Counsel:

As you are aware, on April 11, 2025, the Court granted the EEOC's Motion to Compel in full requiring Defendants to produce financial documents and all outstanding responsive information to the discovery requests sent in June 2024. *See* Doc. No. 27. At this time, Defendants have not complied with the Court's Order.

On April 14, 2025, Defendants emailed the EEOC asking to discuss a narrower production of financial records. *See* Exhibit A, April 14, 2025, email correspondence. Despite Judge Kelley granting the EEOC's request to compel all categories of financial documents listed in its document request,[1] the EEOC stated it was willing to consider a proposal from Defendants on a narrower production. Defendants suggested producing just tax records—only one of the five categories of documents requested by EEOC—and EEOC stated this would not be sufficient. EEOC noted it was still willing to discuss a narrower production. Defendants did not pursue further compromise. Instead, they continued to note their belief that tax records would be sufficient, and on April 25, 2025, Defendants stated they would "respond by mid next week." To date, Defendants have not provided any financial records, have not confirmed they intend to produce all of the responsive records, and have not stated a date by which the EEOC can expect production. Because the 30(b)(6) deposition is scheduled for May 21, 2025, and discovery will close on May 30, 2025, the EEOC will seek court intervention if all categories of financial documents are not produced by May 9, 2025.

---

[1] The Court granted EEOC's Motion to Compel: 1) all income tax returns for 2021 to the present, including exhibits and attachments; 2) all audited and unaudited balance sheets reflecting assets, liabilities, and net worth for each fiscal year from 2021 to the present; (3) all audited and unaudited profit and loss statements for each fiscal year from 2021 to the present, including supporting documents; (4) cash flow analysis statements for each fiscal year from 2021 to the present; and (5) all financial statements for each fiscal year from 2021 to the present.

Moreover, during the hearing on the Motion to Compel, Judge Kelley requested that the EEOC provide Defendants with clarification on all outstanding discovery. The EEOC sent counsel an email on April 11, 2025, identifying this information. *See* Exhibit B, April 11, 2025, email correspondence. In that email, the EEOC identified concerns that Defendants' search of electronically stored information ("ESI") did not include all custodians' inboxes and reminded Defendants of the agreed upon search terms. On May 2, 2025, Defendants produced just *three* emails that they claim are the only responsive documents to the ESI search. The EEOC again noted its concerns with the limited production and requested that Defendants identify the custodians searched and terms used. Specifically, the emails appear to come solely from one custodian. This is especially glaring when the EEOC has produced an email between Charging Party and Cheryl Foote and yet, Defendants have not produced the corresponding email. *See* Exhibit C. This email would have been identified if the Defendants had searched the agreed upon custodians using the agreed upon search terms. By close of business tomorrow, please identify the custodians searched and the search terms used or produce all remaining responsive electronically stored information. If this issue remains, the EEOC will seek court intervention.

Sincerely,

/s/Gena Miller
Gena Miller
Lindsay C. Sfekas

Enc.

**Exhibit A**

| | |
|---|---|
| **From:** | GENA MILLER |
| **To:** | Joseph Sulman |
| **Cc:** | LINDSAY C. SFEKAS |
| **Subject:** | RE: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup |
| **Date:** | Wednesday, April 16, 2025 9:32:00 AM |

Hi Joe,

We don't think that will be sufficient. We're happy to discuss more. To that end, it would be helpful to know how your clients maintain records of their financial information.

Best wishes,
Gena

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, April 15, 2025 7:15 PM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Hi Gena -

I need to discuss with my client, which I am going to do tomorrow, but I think the production of tax returns should be sufficient.

Joe


Joseph Sulman

Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204

Waltham, MA 02451

Office  617-521-8600

Direct 781-701-8126

Fax 866-514-4839

jsulman@sulmanlaw.com

www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Apr 15, 2025, at 2:50 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:
>
> Joe,
>
> Yes, we can discuss this. What do you propose?
>
> Best,
> Gena
>
> ---
>
> **From:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
> **Sent:** Monday, April 14, 2025 1:30 PM
> **To:** Joseph Sulman <jsulman@sulmanlaw.com>; GENA MILLER <GENA.MILLER@EEOC.GOV>
> **Subject:** RE: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup
>
> Hi Joe,
>
> Gena is off today, but we will discuss and get back to you about narrowing the request.
>
> Best,

Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, April 14, 2025 10:46 AM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Gena -

I will get back to you about the rest of discovery, and I don't think it will be a problem. But I wanted to ask if we could talk about the financial records specifically. As Judge Kelley indicated, we should be able to work on a narrower production that the records specifically requested in the RFPD. Can you tell me what specific information you're looking for so I can see what documents might provide that? I'm available for a phone call after 4 today if that would help.

Thanks,

Joe


Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Apr 11, 2025, at 4:12 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:
>
> Joe,
>
> Other than the financial records, here are the discovery issues that we discussed yesterday:
>
> - From the August 8, 2024, production and the April 9, 2025, production, it appears that all of the emails come from Ms. Foote's email and Ms. Russo's email. Please have Defendants search in Ms. McCourt and Mr. Bendetson's email in response to the RFPD's, too. Please also have Defendants search Ms. Foote's account again, as we produced an email in which Ms. Gunther and Ms. Foote emailed about Ms. Gunther's start date, which Defendants did not produce.
>
> - Per our February 10, 2025, email, we will look out for

Defendants' production on these searches:

1. For the following custodians: Cheryl Foote, Roberta Russo, Samantha Bendetson, and Richard Bendetson, and the following dates: July 1, 2021 to October 31, 2021, please search emails for the terms: Gunther, Tiffany, medical, leave, cancer, absen*, attendance, diagnosis, accom*, treatment, doctor, dr., chemo*, radiation, "time off", sick, disab*, appointment, surge*, "essential function*", "bank deposits", interview, applicant, hire

2. For the following custodians, Cheryl Foote, Roberta Russo, Samantha Bendetson, Richard Bendetson, Todd Wilson, Rob Damiano, Roberta Russo. January 1, 2018 to December 31, 2023, please search emails for the terms: ((leave or away or sick or out) near(10) (work or absence or medical or treatment)) or disab* or FMLA

3. For the following custodians, Cheryl Foote, Roberta Russo, Richard Bendetson, Samantha Bendetson and dates, January 1, 2020 through December 31, 2022, search emails for the terms: executive near(3) admin! near(3) (dut* or responsibility* or assignment* or function*),, EAA near(3) (dut* or responsibility* or assignment* or function*), admin* near(3) assistant near (3) (dut* or responsibility* or assignment* or function*)

- Thank you for providing Ms. R. Foote's and Ms. Roesel's pay history in the April 9, 2025, production. Please also provide Ms. Farrow's pay history.

- Regarding the response to interrogatory 6, please provide a complete response regarding leave granted to Angel Zamorano, Donna Cordes, Ms. Cardona, Kathy Lehman, Robert Damiano, and Alberth Duron. Please also provide information on any leave that Defendants have denied or confirm that the Defendants have not denied a request for leave during the relevant time period.

As for scheduling the 30(b)(6), what is Defendants' availability the week of May 12?

Best,
Gena

&lt;image001.png&gt; **Gena Miller | Trial Attorney**
United States Equal Employment Opportunity
Commission
New York District Office

33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

&lt;Mail Attachment.eml&gt;

**Exhibit B**

| | |
|---|---|
| **From:** | GENA MILLER |
| **To:** | Joseph Sulman |
| **Cc:** | LINDSAY C. SFEKAS |
| **Subject:** | 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup |
| **Date:** | Friday, April 11, 2025 4:12:00 PM |
| **Attachments:** | 24-cv-10370 EEOC v. Atlantic PropertiesDFI.msg |
| | image001.png |

Joe,

Other than the financial records, here are the discovery issues that we discussed yesterday:

- From the August 8, 2024, production and the April 9, 2025, production, it appears that all of the emails come from Ms. Foote's email and Ms. Russo's email. Please have Defendants search in Ms. McCourt and Mr. Bendetson's email in response to the RFPD's, too. Please also have Defendants search Ms. Foote's account again, as we produced an email in which Ms. Gunther and Ms. Foote emailed about Ms. Gunther's start date, which Defendants did not produce.

- Per our February 10, 2025, email, we will look out for Defendants' production on these searches:

  1. For the following custodians: Cheryl Foote, Roberta Russo, Samantha Bendetson, and Richard Bendetson, and the following dates: July 1, 2021 to October 31, 2021, please search emails for the terms: Gunther, Tiffany, medical, leave, cancer, absen*, attendance, diagnosis, accom*, treatment, doctor, dr., chemo*, radiation, "time off", sick, disab*, appointment, surge*, "essential function*", "bank deposits", interview, applicant, hire

  2. For the following custodians, Cheryl Foote, Roberta Russo, Samantha Bendetson, Richard Bendetson, Todd Wilson, Rob Damiano, Roberta Russo. January 1, 2018 to December 31, 2023, please search emails for the terms: ((leave or away or sick or out) near(10) (work or absence or medical or treatment)) or disab* or FMLA

  3. For the following custodians, Cheryl Foote, Roberta Russo, Richard Bendetson, Samantha Bendetson and dates, January 1, 2020 through December 31, 2022, search emails for the terms: executive near(3) admin! near(3) (dut* or responsibility* or assignment* or function*),, EAA near(3) (dut* or responsibility* or assignment* or function*), admin* near(3) assistant near (3) (dut* or responsibility* or assignment* or function*)

- Thank you for providing Ms. R. Foote's and Ms. Roesel's pay history in the April 9, 2025, production. Please also provide Ms. Farrow's pay history.

- Regarding the response to interrogatory 6, please provide a complete response

regarding leave granted to Angel Zamorano, Donna Cordes, Ms. Cardona, Kathy Lehman, Robert Damiano, and Alberth Duron. Please also provide information on any leave that Defendants have denied or confirm that the Defendants have not denied a request for leave during the relevant time period.

As for scheduling the 30(b)(6), what is Defendants' availability the week of May 12?

Best,
Gena



**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

Case 1:24-cv-10370-AK    Document 34-3    Filed 05/30/25    Page 12 of 12

**Exhibit C**

 Gmail

**Tiffany Gunther <tiffgunther@gmail.com>**

## Mass General Brigham Patient Gateway - Letters

**Cheryl Foote** <CFoote@dfi.cc>                                    Fri, Oct 8, 2021 at 4:07 PM
To: Tiffany Gunther <tiffgunther@gmail.com>

Hi Tiffany
We appreciate the letter from your doctor but would like some more detail.  We are drafting a letter to request the
additional information but I don't think it will be completed today.

The start date will be dependent on her answers.

I will get back to you next week.

[Quoted text hidden]

EEOC_0000660