# EXHIBIT 7

| From: | LINDSAY C. SFEKAS |
|---|---|
| To: | Joseph Sulman |
| Cc: | GENA MILLER; YLDA KOPKA |
| Subject: | RE: [External] Re: [External] ESI Follow Up |
| Date: | Wednesday, May 28, 2025 4:05:00 PM |

Joe,

I am following up on my email from Friday morning. Please let us know the status of this.

Lindsay

**From:** LINDSAY C. SFEKAS
**Sent:** Friday, May 23, 2025 7:39 AM
**To:** Joseph Sulman <jsulman@sulmanlaw.com>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>; YLDA KOPKA <YLDA.KOPKA@EEOC.GOV>
**Subject:** RE: [External] Re: [External] ESI Follow Up

Joe-

It would be helpful just to verify the other searches were run, so let us know what the vendor says.

Unfortunately, only one of the emails we identified as having not been produced by Defendants is in Roberta's mailbox. The other two emails were in Cheryl Foote's inbox. I have attached them to this email again for your review. Can you please confirm whether these emails were collected and in the emails you reviewed.

In addition, it would be helpful to know Defendants document retention policy for outlook. For example, do they keep all emails for a certain amount of time even if they are deleted from an inbox or do deleted emails get removed from the system altogether?

Thanks,
Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, May 22, 2025 12:11 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** [External] Re: [External] ESI Follow Up

Lindsay -

I sent all of the searches requested by EEOC to the IT Vendor. I told you before that the

other searches did not turn up any hits.  Your prior communications seemed to indicate that you believed there was a discrepancy with the production from the first search, which asked for documents concerning the Charging Party's application for employment and that process, so I double checked that search.

I will now double check with the vendor that he ran all three searches.

Joe


Joseph Sulman

Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204

Waltham, MA 02451

Office  617-521-8600

Direct 781-701-8126

Fax 866-514-4839

jsulman@sulmanlaw.com

www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system

immediately. Thank you.

On May 21, 2025, at 2:38 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

Just to clarify, is this the only search the IT vendor ran? It looks like it is only one of the three searches we had agreed to. Let me know.

Thanks,
Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Wednesday, May 21, 2025 12:39 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>; GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** [External] Re: ESI Follow Up

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Lindsay -

I spoke with the representative from Direct IT, the IT vendor used by the Defendants for the search term collection.  He confirmed that the syntax used in the search terms on Microsoft Office Exchange networks can collect variation of words — i.e. leave* can collection any word that begins with the letters "leav".

One issue that we did identify that is that it seemed we did not have the emails for the custodian Roberta Russo, even though he said that his team did collect those emails. So something happened in the transmutation of his search results to the defendant, because I never got those emails to cull through, which is my oversight.  I am now getting the search results again and going to review the emails from the Russo custodian account as well as search the other custodian emails again.

Please also see attached the image sent by the IT vendor that evidences his search effort.

Joe

<image001.jpg>

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 20, 2025, at 9:33 AM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:

I have a call planned with him today at 2:30 and will follow up with you after that.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 20, 2025, at 9:18 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

I am following up on my May 16 email where I asked you if you had a chance to follow up with your IT Vendor about how the search of emails was performed. You had noted you would do that by no later than end of the day yesterday. Please let us know what further information you can provide.

Thank you,
Lindsay

**Lindsay C. Sfekas**
Trial Attorney
Equal Employment Opportunity Commission
New York District Office
(332) 234-5740