# EXHIBIT 9

| From: | Joseph Sulman |
|---|---|
| To: | GENA MILLER |
| Cc: | LINDSAY C. SFEKAS |
| Subject: | Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup |
| Date: | Friday, April 25, 2025 4:00:31 PM |

Gena -

We are reviewing the collecting of emails from the search terms - it took longer than expected because there was a problem viewing them on my office Mac-based computers, so we had to bring in PC-based computers. Those should be produced next week.

Ms. Farrow's payroll records are being collected but not ready yet. I expect them to be ready next week sometime.

We are reviewing the tax returns, and do not agree that you can unilaterally determine which records that we will produce in response to your request. The Judge was clear that she expected compromise from both sides. But we are reviewing to see if the tax returns will be sufficient or if further information will be necessary and hope to respond by mid next week.

The date of May 20 is fine for the 30b6. Because of that, we are changing the subpoena for Ms. Varmer to May 21 and will update our notice of her deposition accordingly.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Apr 23, 2025, at 1:29 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:

Joe,

Thanks for sharing Defendants' availability for the 30(b)(6) deposition. Attached, please see an amended notice of that deposition for May 20, 2022.

Regarding the financial information, the Court granted our motion to compel a response to our request for production of:

> Documents concerning Defendant's finances and business, including:
> a. All income tax returns for 2021 to the present, including exhibits and attachments;
> b. All audited and unaudited balance sheets reflecting assets, liabilities, and net worth for each fiscal year from 2021 to the present;
> c. All audited and unaudited profit and loss statements for each fiscal year from 2021 to the present, including supporting documents;
> d. Cash flow analysis statements for each fiscal year from 2021 to the present; and
> e. All financial statements for each fiscal year from 2021 to the present.

As I stated to the Court during the hearing, to the extent Defendants maintain this information in a different format or titled differently, the EEOC is willing to discuss accepting the production of other documents that contain the information we seek. It is our position that tax returns with exhibits and attachments will not be a complete response to our request.

Thanks also for the update on Ms. Farrow's payroll and on the Defendants' ESI search. If Defendants do not produce these by the end of the week, on Friday, will you please provide an update of when Defendants anticipate they will produce them?

Best,
Gena

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Wednesday, April 23, 2025 11:53 AM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Gena and Lindsay -

Following up on these issues:

1. May 20-22 would work best for Ms. Foote and myself for the Rule 30(b)(6) deposition. Does that work for you?

2. We are collecting the tax returns for the Defendants and I will review them to see what information they contain this week.

3. We are collecting the payroll for Ms. Farrow. Defendants believe that she was under a

different payroll system which is why her info wasn't produced yet. They'll have to contact the old payroll system to get her information.

4. As far as the search term production, my review has raised questions as to whether there is any issue with the integrity of the data - many emails have no content. So we are checking on that.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Apr 18, 2025, at 12:05 PM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:

Gena -

Regarding this issue and other discovery matters, a short update:

1. I have received the results of ESI search terms results, and am reviewing for responsive documents. I will get back to you next week with a production.

2. Ms. Foote has been away on vacation this week, which I believe was relayed to you earlier when we were trying to schedule the 30b6 deposition prior to the Court's extension of the discovery period. I will speak with her on Tuesday about the questions on the financial records, the date for the 30b6 deposition, and other outstanding issues and get back to you.

3. I will be serving with you later today or tomorrow a Second Request for Production of Documents and Notice of Deposition of Melisa Varner.  I assume you will not produce her voluntarily so a subpoena will also be served shortly.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and

intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On Apr 16, 2025, at 9:32 AM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:

Hi Joe,

We don't think that will be sufficient. We're happy to discuss more. To that end, it would be helpful to know how your clients maintain records of their financial information.

Best wishes,
Gena

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, April 15, 2025 7:15 PM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Hi Gena -

I need to discuss with my client, which I am going to do tomorrow, but I think the production of tax returns should be sufficient.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839

jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Apr 15, 2025, at 2:50 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:
>
> Joe,
>
> Yes, we can discuss this. What do you propose?
>
> Best,
> Gena
>
> ---
>
> **From:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
> **Sent:** Monday, April 14, 2025 1:30 PM
> **To:** Joseph Sulman <jsulman@sulmanlaw.com>; GENA MILLER <GENA.MILLER@EEOC.GOV>
> **Subject:** RE: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup
>
> Hi Joe,

Gena is off today, but we will discuss and get back to you about narrowing the request.

Best,
Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, April 14, 2025 10:46 AM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Gena -

I will get back to you about the rest of discovery, and I don't think it will be a problem. But I wanted to ask if we could talk about the financial records specifically. As Judge Kelley indicated, we should be able to work on a narrower production that the records specifically requested in the RFPD. Can you tell me what specific information you're looking for so I can see what documents might provide that? I'm available for a phone call after 4 today if that would help.

Thanks,

Joe


Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com

[www.sulmanlaw.com](www.sulmanlaw.com)

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On Apr 11, 2025, at 4:12 PM, GENA MILLER <[GENA.MILLER@EEOC.GOV](GENA.MILLER@EEOC.GOV)> wrote:
>
> Joe,
>
> Other than the financial records, here are the discovery issues that we discussed yesterday:
>
> - From the August 8, 2024, production and the April 9, 2025, production, it appears that all of the emails come from Ms. Foote's email and Ms. Russo's email. Please have Defendants search in Ms. McCourt

and Mr. Bendetson's email in response to the RFPD's, too. Please also have Defendants search Ms. Foote's account again, as we produced an email in which Ms. Gunther and Ms. Foote emailed about Ms. Gunther's start date, which Defendants did not produce.

- Per our February 10, 2025, email, we will look out for Defendants' production on these searches:

  1. For the following custodians: Cheryl Foote, Roberta Russo, Samantha Bendetson, and Richard Bendetson, and the following dates: July 1, 2021 to October 31, 2021, please search emails for the terms: Gunther, Tiffany, medical, leave, cancer, absen*, attendance, diagnosis, accom*, treatment, doctor, dr., chemo*, radiation, "time off", sick, disab*, appointment, surge*, "essential function*", "bank deposits", interview, applicant, hire

  2. For the following custodians, Cheryl Foote, Roberta Russo, Samantha Bendetson, Richard Bendetson, Todd Wilson, Rob Damiano, Roberta Russo. January 1, 2018 to December 31, 2023, please search emails for the terms: ((leave or away or sick or out) near(10) (work or absence or medical or treatment)) or disab* or FMLA

  3. For the following custodians, Cheryl Foote, Roberta Russo, Richard Bendetson, Samantha Bendetson and dates, January 1, 2020 through December 31, 2022, search emails for the terms: executive near(3) admin! near(3) (dut* or responsibility* or assignment* or function*),, EAA near(3) (dut* or responsibility* or

assignment* or function*), admin*
near(3) assistant near (3) (dut* or
responsibility* or assignment* or
function*)

- Thank you for providing Ms. R. Foote's
  and Ms. Roesel's pay history in the
  April 9, 2025, production. Please also
  provide Ms. Farrow's pay history.

- Regarding the response to
  interrogatory 6, please provide a
  complete response regarding leave
  granted to Angel Zamorano, Donna
  Cordes, Ms. Cardona, Kathy Lehman,
  Robert Damiano, and Alberth Duron.
  Please also provide information on any
  leave that Defendants have denied or
  confirm that the Defendants have not
  denied a request for leave during the
  relevant time period.

As for scheduling the 30(b)(6), what is
Defendants' availability the week of May 12?

Best,
Gena

**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity
Commission
<image001.png>  New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

<Mail Attachment.eml>

<Amended 30(b)(6) Notice for Defs.pdf>