# EXHIBIT 10

| | |
|---|---|
| **From:** | Joseph Sulman |
| **To:** | GENA MILLER |
| **Cc:** | LINDSAY C. SFEKAS |
| **Subject:** | Re: 24-cv-10370, EEOC v. Atlantic Properties Management discovery issues |
| **Date:** | Wednesday, May 14, 2025 5:27:47 PM |

Gena -

I just spoke with my client and Mr Bendetson is amenable to the stipulation that we discussed. I am working on collecting the documents and we hope to have the records by the end of the week and able to turn them over by Monday.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 14, 2025, at 5:25 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:

Joe,

Thank you for meeting with us today. Attached, please see a letter following up on our discussion of discovery issues. We have also included the emails that we mentioned.

Best,

**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity
Commission

<image001.png>  New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, May 13, 2025 8:07 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management discovery issues

Lindsay - You are welcome to have your Litigation Support Manager attend tomorrow's meet and confer. We are not having going to ask our outside IT Vendor to attend.

Joe

Joseph Sulman

Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204

Waltham, MA 02451

Office  617-521-8600

Direct 781-701-8126

Fax 866-514-4839

jsulman@sulmanlaw.com

www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at

(617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 13, 2025, at 4:09 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe,

We would like our call to be as productive as possible tomorrow. To that end, we will have our Litigation Support Manager who is in charge of ediscovery join the call to understand the ESI search that your IT Vendor performed. Can you please have your IT Vendor attend the first part of our call to discuss?

We can discuss the production of financial records and EEOC's Second Set of Request for Production of Documents and Interrogatories after.

-Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, May 12, 2025 10:06 AM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management discovery issues

Lindsay -

You are correct that it will be up to the Court if we have waived objections. That is what I said in my previous email.

We are good with taking Ms. Varner's deposition on May 28, provided she comply with subpoena duces mecum and produce documents by May 21. The court reporter will be Magna Legal Services.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 12, 2025, at 9:42 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe—

I have sent a meeting time for Wednesday at 2:30.

You failed to serve timely objections and responses to both the Second Set of Request for Production of Documents and the Second Set of Interrogatories (both served on April 2, 2025). If necessary, it will be up to the Court to decide if you have waived objections based on the history of this case.

As to your third point, your recitation of both the law and facts is incorrect. Thus, I saw no need to engage in a back and forth related to baseless claims. But, due to your insistence on a response, I will briefly note that Charging Party at no point declared herself unable to work. Moreover, even if the GoFundMe somehow supported this assertion, it does not absolve Defendants of the requirement to provide a reasonable accommodation to Charging Party in September.

Finally, I have asked twice now that you confirm the date for

Melissa Varner's deposition. Please do so. Please also confirm that you will be using Dunn reporting again as the court reporter.

-Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Friday, May 9, 2025 4:21 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management discovery issues

Lindsay:

I write in response to your email today at 10:26 am

1. I can meet on Wednesday from 2-4 to discuss the issues raised in your email.

2. You're incorrect that we have waived objections to the EEOC's Second RFPD's because we served the objections 6 days past the due date. Although the federal rule says that a Court "may" order that a party has waived such objections by untimely responses, the standard is explicitly permissive and courts are very reluctant to find waiver.  There is none here, particularly where your requests are for private employees entire personnel records that protected by state law from disclosure.  I've never once in my practice seen a plaintiff request the entire personnel file of so-called comparators, and I normally practice on the plaintiff side. Those requests were wildly over broad and have no basis in the law. Before you talk about waiver, you might consider making a narrower request.

3. You still have not addressed the serious and potentially unethical issue of the EEOC's knowledge of the Charging Party's fundraising effort based on her assertion of being unable to work for the Defendant. It is well-established under the law that an ADA plaintiff who declares herself unable to work due to her disability does not have a prima facie case of disability discrimination. That the EEOC knew this at least in March 2025, or should have known this with minimal inquiry, and yet charged ahead with the depositions is extremely problematic.

Joseph Sulman

Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204

Waltham, MA 02451

Office  617-521-8600

Direct 781-701-8126

Fax 866-514-4839

jsulman@sulmanlaw.com

www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 9, 2025, at 10:26 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Joe,
>
> We are in receipt of your most recent production of some of the requested tax returns. We understand that the Court expected the parties to discuss the production of financial records. We have been offering such a discussion despite your

representations to the contrary. We are available to discuss this on Tuesday, May 13 from 1-3 or Wednesday, May 14 from 2-4. Let me know what works for you.

We also note that yesterday, May 8, 2025, Defendants provided only written responses to the EEOC's April 2, 2025, document requests stating that they will search and produce documents at some point. Although Defendants' responses were due on May 2, 2025, you neither requested an extension nor provided a date certain for production despite the EEOC asking for one. Defendants' objections to these requests are untimely and have been waived. Due to the limited remaining time in discovery and upcoming 30(b)(6) deposition, the EEOC will be prejudiced if we do not receive Defendants' production by the close of business on May 14, 2025, and we will be forced to seek court intervention.

You also have not confirmed that the deposition for Mrs. Varner is set for May 28 regardless of the date on the subpoena. We also need to know if you will use Dunn reporting again.

Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, May 6, 2025 4:27 PM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management discovery issues

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Counsel:

I am in receipt of your May 5, 2025 letter asserting concerns about the Defendant's discovery responses and alleging that the Defendant has failed to follow

the Court's order on the Motion to Compel concerning the ESI discovery and the financial records.

1. We produced all of the responsive ESI records as I previously indicated to you. We ran the search terms exactly as requested on the custodians listed. We received hundreds of documents in response to the search terms, reviewed the documents for responsiveness, and produced the documents that we found.

2. Judge Kelley made it clear at the Motion hearing that she expected the parties to discuss the request for financial records and agree together on what was requested. She made it very clear - and I will order a transcript if necessary - that all of the listed records were not necessary. To date, EEOC has refused to discuss what records it will accept other than the total list of those indicted.

3.  Your focus on this relatively minor discovery issue appears to be a convenient way to shift focus from the significant issue facing this litigation currently: the EEOC's decision to continue this prosecution in light of its knowledge that the Charging Party believed she was not qualified for the position in question as far back as November 2020. The fact that the EEOC, or at least its counsel, knew this fact at least in February and continued to push ahead with this prosecution raises issues such as clean hands and possibly Rule 11 that we plan to raise with the Court soon.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 5, 2025, at 9:10 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:
>
> Counsel,
>
> Attached, please see a letter with enclosures addressing various discovery issues in this litigation. Please note that the EEOC will seek court intervention if all categories of financial documents are not produced by May 9, 2025. By close of business tomorrow, please identify the custodians searched and the search terms used or produce all remaining responsive electronically stored information.

Sincerely,

<image001.png>

**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity
Commission
New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

<2025-05-05 EEOC v. AP and DFI Letter to
defense counsel with enclosures.pdf>

<2025-5-14 Letter to Defs re follow up on discovery call encs.pdf>