**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**
Eastern Division

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>        Plaintiff,<br><br>    v.<br><br>**ATLANTIC PROPERTY MANAGEMENT CORPORATION, and DIVERSIFIED FUNDING, INC.,**<br><br>        Defendants. | Civil Action No.  1:24-cv-10370-AK |

## PLAINTIFF'S SECOND MOTION TO COMPEL

Plaintiff, the United States Equal Employment Opportunity Commission, hereby moves this Court pursuant to Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure and District of Massachusetts Local Rule 37.1 for an Order compelling Defendants Atlantic Property Management Corporation and Diversified Funding, Inc. to respond to Plaintiff's Second Set of Interrogatories and Second Set of Requests for Production of Documents and produce all responsive documents within five (5)  days of any order on this motion; and (2) order that any objections to the EEOC's Second Set of Interrogatories are waived.

In support of this Motion, the EEOC files its Memorandum of Law and the Declaration of Attorney Lindsay Sfekas, with attached exhibits.  The EEOC respectfully requests oral argument on this Motion.

 Dated:  May 30, 2025

Respectfully submitted,

 /s/ *Lindsay C. Sfekas*

LINDSAY C. SFEKAS
*Counsel for Plaintiff EEOC*

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
(929) 506-5284
lindsay.sfekas@eeoc.gov


 /s/ *Gena Miller*

GENA MILLER
*Counsel for Plaintiff EEOC*
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
(929) 506-5343
gena.miller@eeoc.gov


## LOCAL RULE 37.1(b) CERTIFICATE

I hereby certify that Plaintiff U.S. Equal Employment Opportunity Commission has attempted in good faith to obtain the Defendants' agreement in the requested relief pursuant to Local Rule 37.1(b).


 /s/ *Lindsay C. Sfekas*
LINDSAY SFEKAS


## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, a copy of the foregoing was filed electronically using the CM/ECF system. Transmission of the Notice of Electronic Filing through the court's transmission facilities will constitute service of the filed document upon registered ECF users.

Dated: May 30, 2025


/s/ *Lindsay C. Sfekas*
LINDSAY SFEKAS