**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**
Eastern Division

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **ATLANTIC PROPERTY MANAGEMENT CORPORATION, and DIVERSIFIED FUNDING, INC.**, <br><br> Defendants. | Civil Action No.  1:24-cv-10370-AK |

**DECLARATION OF ATTORNEY LINDSAY SFEKAS AND EXHIBIT LIST IN SUPPORT OF THE EEOC'S MOTION TO COMPEL**

I, Lindsay Sfekas, declare:

1. I am a Trial Attorney for the U.S. Equal Employment Opportunity Commission (the "EEOC"), and I have personal knowledge of the facts set forth in this Declaration.  I submit this Declaration in support of the EEOC's Second Motion to Compel.

2. Attached as exhibits hereto are true and accurate copies of the following documents:

| Exhibit Number[1] | Date of Document | Description of Document |
|---|---|---|
| **Ex. 1** | 4/2/2025 | EEOC's Second Set of Interrogatories and Request for Production of Documents |
| **Ex. 2** | 5/5/2025 | Email correspondence between counsel |
| **Ex. 3** | 5/8/2025 | Email correspondence between counsel with enclosure |

[1] To ensure that the ECF number following the hyphen is the same as the exhibit number, the EEOC is filing this Declaration separately from its Motion and Memorandum.

| Ex. 4 | 5/9/2025 | Email correspondence between counsel |
|---|---|---|
| Ex. 5 | 5/9/2025 | Email correspondence between counsel |
| Ex. 6 | 5/14/2025 | Letter to Defendants regarding outstanding discovery |
| Ex. 7 | 5/23/2025 | Email correspondence between counsel |
| Ex. 8 | 5/27/2025 | Email correspondence between counsel (enclosures omitted) |
| Ex. 9 | 5/28/2025 | Email correspondence between counsel |

3. As of May 2, 2025, Defendants had neither responded to the EEOC's Second Set of Interrogatories or Second Set of Request for Production of Documents. Defendants did not ask for an extension of time to respond.

4. On Wednesday, May 14, 2025, the parties conferred about discovery issues, including Defendants' failure to provide responses to the Second Interrogatories and Second Requests; failure to provide responsive ESI; and refusal to provide requested financial records.

5. During the May 14, 2025 conferral, the EEOC requested that Defendants provide outstanding responses to the Second Interrogatories and Second Requests by May 21, 2025 in order to enable the EEOC time to review the documents, confer with Defendants, and move to compel, if necessary. Defendants would not commit to providing responses prior to the following Friday, May 23, 2025, four business days before the close of discovery.

6. Also during the May 14, 2025 conferral, the EEOC agreed to limit its Request Nos. 56-58 in order to resolve Defendants' objections to these requests. Defendants agreed to produce the following documents in response to Requests:
   a. New Hire Data Sheet
   b. Application for employment
   c. Resume
   d. Notes from interviews
   e. Notes or emails related to checking references
   f. Compensation analysis
   g. Exit Interview/Termination documents
   h. Any performance reviews or performance management

7. The EEOC deposed Defendants' 30(b)(6) on May 20, 2025. During the deposition, the corporate deponent testified that she did not begin preparing for the deposition until one week prior to the deposition.

8.  The parties conferred on May 29, 2025. Defense counsel stated the Defendants would not supplement their discovery responses until after the discovery deadline. Defense counsel also noted he did not know if Defendants had searched cell phones for information responsive to the EEOC's discovery requests. Defendants' officers had testified during depositions that they used their cell phones to communicate about work matters

9.  Defendants have not responded to the Second Set of Interrogatories. They also refuse to provide a specific date by which they will complete them

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 30, 2025

  /s/ *Lindsay C. Sfekas*
LINDSAY C. SFEKAS
*Counsel for Plaintiff EEOC*
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION