# EXHIBIT 2

| | |
|---|---|
| **From:** | LINDSAY C. SFEKAS |
| **To:** | Joseph Sulman |
| **Cc:** | GENA MILLER |
| **Subject:** | RE: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup |
| **Date:** | Monday, May 5, 2025 4:28:00 PM |

Hi Joe,

Mrs. Varner was served with the subpoena for May 21. I just wanted to confirm that the deposition will actually occur on May 28 at 1:00.

Also, the responses to EEOC's second set of discovery were due on Friday. When are you intending to provide those?

Best,
Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Friday, May 2, 2025 9:47 AM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

May 28 1 pm.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 2, 2025, at 9:38 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe—

Mrs. Varner is free May 5th after 2; May 12th after noon; May 14th from 8-12 and after 3; or May 28th 1-4.

Best,
Lindsay

**From:** LINDSAY C. SFEKAS
**Sent:** Friday, May 2, 2025 8:23 AM
**To:** Joseph Sulman <jsulman@sulmanlaw.com>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>