# EXHIBIT 3

**From:** Joseph Sulman
**To:** LINDSAY C. SFEKAS
**Cc:** GENA MILLER
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup
**Date:** Thursday, May 8, 2025 2:59:05 PM
**Attachments:** SECOND Response RFPD - Atlantic - Gunther - FINAL.pdf

---

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

See document attached.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 2, 2025, at 8:23 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Joe,
>
> We are not saying we will accept service. She may be willing to accept service via email (which you have in the discovery responses).
>
> We will still make her available, and I will let you know as soon as I get additional times that she is available for the deposition.
>
> We look forward to your productions today of the ESI and Ms. Farrow's payroll records.
>
> Best,
> Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Thursday, May 1, 2025 3:29 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management, et al hearing followup

Are you saying that?

Joseph Sulman

Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204

Waltham, MA 02451

Office  617-521-8600

Direct 781-701-8126

Fax 866-514-4839

jsulman@sulmanlaw.com

www.sulmanlaw.com

UNITED STATES DISTRICT COURGT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>ATLANTIC PROPERTY MANAGEMENT CORP. AND DIVERSIFIED FUNDING, INC.,<br><br>        Defendants. | Civil Action No.:<br>1:24-cv-10370 |

**DEFENDANTS RESPONSE TO PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

Defendants Atlantic Property Management Corp. ("Atlantic") and Diversified Funding, Inc. ("DFI") (collectively "Defendants") hereby provide the following objections and responses to the Second Request for Production of Documents from Plaintiff U.S. Equal Employment Opportunity Commission.

**REQUESTED DOCUMENTS**

41.      All documents that constitute, refer or relate to job descriptions for the Controller position that were used or in effect during the relevant time period.

Response: Defendant will search for and produce responsive documents, if any.

42.      All documents that constitute, refer or relate to job descriptions for any position Cam Freeman has had since he has been Defendants' employee.

Response: Defendant will search for and produce responsive documents, if any.

43.      All documents that constitute, refer or relate to job descriptions for any position Roberta Russo has had since January 1, 2020.

Response: Defendant will search for and produce responsive documents, if any.

44.      Organizational charts demonstrating management structure and supervisory duties from January 1, 2020, to December 31, 2021, including the name of the individual in each position.

Response: Defendant will search for and produce responsive documents, if any.

45.      Documents and/or communications concerning or related to Charging Party including but not limited to email or text message correspondence.

Response: Defendant has no responsive documents beyond that which have been produced in response to prior document requests.

46.      Documents reflecting any time off taken by an individual in the Executive Administrative Assistant role during the relevant time period including but not limited to email or text message correspondence.

Response: Defendant will search for and produce responsive documents, if any.

47.      The employee census for the years 2020 and 2021.

Response: Defendant will search for and produce responsive documents.

48.      From 2020 to present, any compensation analysis, including attachments, of any Executive Administrative Assistant.

Response: Defendant will search for and produce responsive documents, if any.

49.      The job description that was attached to Elizabeth Roesel's offer letter.

Response: Defendant will search for and produce responsive documents, if any.

50.      All doctors' notes provided to the Defendants by any employees relating to a request for an accommodation or time off from work.

Response: Defendant will search for and produce responsive documents, if any.

51.      All documents reflecting any request by Defendants that an employee provide a doctor's note to support a request for an accommodation or time off from work.

Response: Defendant will search for and produce responsive documents, if any.

52.      Documents sufficient to identify the current Chief Financial Officer of the company.

Response: Defendant does not possess or control any responsive documents.

53.      Any contracts with a staffing agency to fill the Executive Administrative Assistant role.

Response: Defendant will search for and produce responsive documents, if any.

2

54.     Any communications with staffing agencies about providing a temporary employee for the role of the Executive Administrative Assistant.

Response: Defendant will search for and produce responsive documents, if any.

55.     Documents sufficient to identify when Defendants' bank deposits switched to remote deposits.

Response: Defendant will search for and produce responsive documents, if any.

56.     Leanne Beliveau's complete personnel records, including but not limited to application materials, offer letter, documentation of any performance issues, and documents related to her termination.

Objection: Defendant objects this request on the ground that it is overly broad and not proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit, and the privacy interests of the employee in question.

57.     Jessica Toste's complete personnel records, including but not limited to application materials, offer letter, and any requests for a modified work schedule.

Objection: Defendant objects this request on the ground that it is overly broad and not proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit, and the privacy interests of the employee in question.

58.     Maria Ramirez's complete personnel records, including but not limited to application materials, and offer letter.

Objection: Defendant objects this request on the ground that it is overly broad and not proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit, and the privacy interests of the employee in question.

DEFENDANTS ATLANTIC PROPERT MANAGEMENT
CORP. AND DIVERSIFIED FUNDING, INC.
By their attorneys,

/s/ Joseph Sulman
Joseph L. Sulman, BBO #663635
LAW OFFICE OF JOSEPH L. SULMAN
255 Bear Hill Road, Suite 204
Waltham, MA 02451
(617) 521-8600
jsulman@sulmanlaw.com

May 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I served this document on counsel of record for Plaintiff via electronic mail on May 8, 2025 at the following address:

LINDSAY.SFEKAS@EEOC.GOV and GENA.MILLER@EEOC.GOV.

/s/ Joseph Sulman
Joseph L. Sulman

4

<u>Certificate of Service</u>

I hereby certify that this Opposition was served on counsel of record for Defendants on August 28, 2024 by electronic mail.

/s/ Joseph Sulman
Joseph L. Sulman

5