# EXHIBIT 4

| | |
|---|---|
| **From:** | LINDSAY C. SFEKAS |
| **To:** | Joseph Sulman; GENA MILLER |
| **Subject:** | RE: 24-cv-10370, EEOC v. Atlantic Properties Management discovery issues |
| **Date:** | Friday, May 9, 2025 10:26:00 AM |

Joe,

We are in receipt of your most recent production of some of the requested tax returns. We understand that the Court expected the parties to discuss the production of financial records. We have been offering such a discussion despite your representations to the contrary. We are available to discuss this on Tuesday, May 13 from 1-3 or Wednesday, May 14 from 2-4. Let me know what works for you.

We also note that yesterday, May 8, 2025, Defendants provided only written responses to the EEOC's April 2, 2025, document requests stating that they will search and produce documents at some point. Although Defendants' responses were due on May 2, 2025, you neither requested an extension nor provided a date certain for production despite the EEOC asking for one. Defendants' objections to these requests are untimely and have been waived. Due to the limited remaining time in discovery and upcoming 30(b)(6) deposition, the EEOC will be prejudiced if we do not receive Defendants' production by the close of business on May 14, 2025, and we will be forced to seek court intervention.

You also have not confirmed that the deposition for Mrs. Varner is set for May 28 regardless of the date on the subpoena. We also need to know if you will use Dunn reporting again.

Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, May 6, 2025 4:27 PM
**To:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Subject:** Re: 24-cv-10370, EEOC v. Atlantic Properties Management discovery issues

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Counsel:

I am in receipt of your May 5, 2025 letter asserting concerns about the Defendant's discovery responses and alleging that the Defendant has failed to follow the Court's order on the Motion to Compel concerning the ESI discovery and the financial records.

1. We produced all of the responsive ESI records as I previously indicated to you. We ran the search terms exactly as requested on the custodians listed. We received hundreds of documents in response to the search terms, reviewed the documents for responsiveness, and produced the documents that we found.

2. Judge Kelley made it clear at the Motion hearing that she expected the parties to discuss the request for financial records and agree together on what was requested. She made it very clear - and I will order a transcript if necessary - that all of the listed records were not necessary. To date, EEOC has refused to discuss what records it will accept other than the total list of those indicted.

3.  Your focus on this relatively minor discovery issue appears to be a convenient way to shift focus from the significant issue facing this litigation currently: the EEOC's decision to continue this prosecution in light of its knowledge that the Charging Party believed she was not qualified for the position in question as far back as November 2020. The fact that the EEOC, or at least its counsel, knew this fact at least in February and continued to push ahead with this prosecution raises issues such as clean hands and possibly Rule 11 that we plan to raise with the Court soon.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 5, 2025, at 9:10 PM, GENA MILLER <GENA.MILLER@EEOC.GOV> wrote:

Counsel,

Attached, please see a letter with enclosures addressing various discovery issues in this litigation. Please note that the EEOC will seek court intervention if all categories of financial documents are not produced by May 9, 2025. By close of business tomorrow, please identify the custodians searched and the search terms used or produce all remaining responsive electronically stored information.

Sincerely,

**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

<2025-05-05 EEOC v. AP and DFI Letter to defense counsel with enclosures.pdf>