# EXHIBIT 7

**From:** Joseph Sulman
**To:** LINDSAY C. SFEKAS
**Cc:** GENA MILLER; YLDA KOPKA
**Subject:** [External] Re: [External] [External] [External] [External] Financial records and other discovery
**Date:** Friday, May 23, 2025 9:36:01 AM

Lindsay -

1. Regarding the supplemental discovery that is due, the Defendants have been working on that. Ms. Foote is the only employee with access to all the relevant information. As you know, she also had to prepare for the 30b6 deposition and, relatedly, the spreadsheet that she mistakenly prepared for the proposed stipulation to waive the 30b6 deposition. She is back to gathering information for the discovery responses and we will produce as soon as possible.

2. We are not producing any further financial records without a court order. We produced all requested tax returns with full schedules and related attachments. That was not enough for you. We produced a detailed spreadsheet of financial information over a five plus year period at Defendants to elucidate the expected 30b6 deposition testimony, and that is apparently not enough. This is evidence the Court determined that you are entitled to for the purposes of establishing your right to punitive damages. You are not entitled to an audit of the Defendant's business.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 23, 2025, at 7:48 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe-

I am following up on the below, as Gena is out of office today. Can you please let us know if you intend to produce the trial balance sheets from 2021-2024? We will need to seek court intervention if not.

Moreover, you previously noted you would produce documents and interrogatory responses in response to the second set of written discovery by today. Can you please confirm if that is still your intention?

Thanks,
Lindsay

**From:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Sent:** Tuesday, May 20, 2025 4:57 PM
**To:** Joseph Sulman <jsulman@sulmanlaw.com>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>; YLDA KOPKA <YLDA.KOPKA@EEOC.GOV>
**Subject:** RE: [External] Re: [External] [External] [External] Financial records and other discovery

Joe,

Thank you for sending the 2023 DFI tax return. Based on the 30(b)(6) testimony today, it appears that each Defendant's trial balance sheet reflects all of the information that we requested and has different financial information than the financial information in the tax returns. Will you please let us know if Defendants will provide their trial balance sheets from 2021-2024?

Best,

**Gena Miller | Trial Attorney**
United States Equal Employment Opportunity

<image001.png>   Commission
New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, May 20, 2025 11:44 AM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** [External] Re: [External] [External] [External] Financial records and other discovery

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

2023 DFI tax return

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 20, 2025, at 9:56 AM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:
>
> That's fine, but I want is an agreement that this disclosure does not amount to a waiver of privilege on the financial information.  Of course you know that there is law that thats that disclosure of privileged information can constitute waiver.
>
>
> Joseph Sulman
> Law Office of Joseph L. Sulman, Esq.
> 255 Bear Hill Road, Suite 204
> Waltham, MA 02451
> Office  617-521-8600
> Direct 781-701-8126
> Fax 866-514-4839

jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף

"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 20, 2025, at 9:54 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe-

We do not intend to ask about privileged conversations between you and your clients. If you believe it is applicable, you can of course assert an objection based on attorney-client privilege.

-Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, May 20, 2025 9:47 AM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** [External] Re: [External] [External] Financial records and other discovery

Lindsay -

Just to follow-up on my objection: My objection is based on the fact that the spreadsheet I provided to you was created by Ms. Foote at the request of her counsel for the purposes of a propose stipulation and is therefore privileged, and while I provided it to you in that spirit, I do not want any allegation or assertion that there is a waiver of attorney-client privilege. If you will agree on the record today that the EEOC does not assert and will not assert that there is a waiver of attorney client privilege on the issue of financial information, we are happy to answer questions on the spreadsheet.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**

255 BEAR HILL ROAD, SUITE 204

WALTHAM MA 02451

(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 20, 2025, at 8:23 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Joe-
>
> Your objection is noted.
>
> Here is the link for today: https://magnals.zoom.us/j/98655412492?pwd=7Ort3AWxtogCf0VqE65w4k3v0qY14h.1
>
> -Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, May 19, 2025 1:56 PM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** [External] Re: [External] Financial records and other discovery

Lindsay -

When I agreed to provide documents, it was with the understanding that it was documents that my client had in its possession and control. I have no control as to what financial documents my client, as a business, creates or does not create in its in its normal course of business. You proposed this stipulation on Thursday afternoon even though this 30b6 deposition has been proposed for several weeks, so I conferred with my client as quickly as I could. For what it's worth, I'm not aware of any requirement for a private business to regularly maintain any particular type of business records - ex. GAAP balance sheets.

My client will not answer questions tomorrow about a record that she created for purpose of a 11th hour stipulation that you proposed. You can ask whatever you want, but she's not answering. Your entire case has moved so far beyond the allegations at issue and into just a fishing expedition about the business practices of the Defendants because you now know that the Charging Party was never a qualified handicapped person under the law.

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 19, 2025, at 1:42 PM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Joe,
>
> I am very surprised by your email as it does not provide the documents you agreed to produce in order for the EEOC to cancel the 30(b)(6). We discussed on May 14, 2025 the minimum records the EEOC would need in order to cancel the deposition including a stipulation that the records are business records and accurate. We followed that call with a letter again reiterating this. You responded to that letter stating specifically that your client was amenable to the stipulation and you would be collecting documents to produce. I also called you this morning asking if you would be producing the records and you confirmed you would produce them by noon.
>
> We will be moving forward with the deposition tomorrow and intend to ask Ms. Foote about the spreadsheet you just provided. You have also identified financial documents that Defendants keep in the normal course of business that would be responsive. Please produce the records you identified and the tax returns for 2024 prior to the deposition.
>
> -Lindsay

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Monday, May 19, 2025 11:17 AM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** [External] Re: Financial records and other discovery

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Lindsay -'

The attached spreadsheet is being provided for the sole purpose of entering into the stipulation. It was made for the purpose of that, not in regular course of business,  because we do not have the records that you are looking for. This is what my client will stipulate to if you want to take off tomorrow' deposition. If not, then this is being withdrawn and you can go ahead with tomorrow' deposition. Ms. Foote will testify that the company does not have yearly GAAP balance sheets. They have monthly income and expense reports and cash flow reports each month for DFI. They do not have balance sheets for DFI or any months statements for Atlantic. They have the records that are in the tax returns.

This

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 16, 2025, at 12:55 PM, LINDSAY C. SFEKAS
> <LINDSAY.SFEKAS@EEOC.GOV> wrote:
>
> Joe,
>
> We have attached a proposed business record certification for Cheryl Foote to sign. Also attached is a proposed joint stipulation for the parties to sign. We have left a blank to be filled in with the Bates Nos. of the financial records that you will be producing.
>
> Based on your representations that Defendants will produce the documents the EEOC seeks and EEOC's agreement to cancel the 30(b)(6) if those are produced, we request that you provide the documents and executed stipulation and certification, no later than noon on Monday, May 19, 2025. Of course, the EEOC would appreciate production as early as possible. This would help the EEOC avoid incurring a fee for canceling the court reporter.
>
> Also, in our call, you indicated you would follow up with your IT Vendor to understand how the search of emails was performed. Do you have any additional information on that?
>
> Finally, in searching through Charging Party's emails related to Defendants' Second Set of RFPD, the EEOC located additional documents responsive to the First Set of RFPD. These documents will be produced by our litigation support team either today or on Monday.
>
> Lindsay
>
> **Lindsay C. Sfekas**
> Trial Attorney

Equal Employment Opportunity Commission
New York District Office
(332) 234-5740

<Proposed Financial Records Certification.docx><Proposed Joint
Stipulation Financial Records.docx>