# EXHIBIT 8

**From:** Joseph Sulman
**To:** LINDSAY C. SFEKAS
**Cc:** GENA MILLER; YLDA KOPKA
**Subject:** [External] Re: [External] [External] [External] [External] Financial records and other discovery
**Date:** Tuesday, May 27, 2025 10:06:51 AM
**Attachments:** Documents Responsive to Second RFPD.pdf

---

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Lindsay -

Please find attached documents responsive to the second RFPD.

Additionally, I will sending the link to tomorrow's deposition at 1 pm later today.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

> On May 23, 2025, at 9:35 AM, Joseph Sulman <jsulman@sulmanlaw.com> wrote:
>
> Lindsay -
>
> 1. Regarding the supplemental discovery that is due, the Defendants have been working on that. Ms. Foote is the only employee with access to all the relevant information. As you know, she also had to prepare for the 30b6 deposition and, relatedly, the spreadsheet that she mistakenly prepared for the proposed stipulation to waive the 30b6 deposition. She is back to gathering information for the discovery responses and we will produce as soon as possible.
>
> 2. We are not producing any further financial records without a court order. We produced all requested tax returns with full schedules and related attachments. That was not enough for you. We produced a detailed spreadsheet of financial information over a five plus year period at Defendants to elucidate the expected 30b6 deposition testimony, and that is apparently not enough. This is evidence the Court determined that you are entitled to for the purposes of establishing your right to punitive damages. You are not entitled to an audit of the Defendant's business.
>
> Joseph Sulman
> Law Office of Joseph L. Sulman, Esq.
> 255 Bear Hill Road, Suite 204
> Waltham, MA 02451
> Office  617-521-8600
> Direct 781-701-8126
> Fax 866-514-4839
> jsulman@sulmanlaw.com
> www.sulmanlaw.com
>
> **PLEASE NOTE NEW ADDRESS**
> 255 BEAR HILL ROAD, SUITE 204
> WALTHAM MA 02451
> (Same phone and email)
>
> צדק צדק תרדוף
> "Justice, justice you shall pursue"
>
> **My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**
>
> STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600,

and purge this e-mail message from your computer system immediately. Thank you.

On May 23, 2025, at 7:48 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe-

I am following up on the below, as Gena is out of office today. Can you please let us know if you intend to produce the trial balance sheets from 2021-2024? We will need to seek court intervention if not.

Moreover, you previously noted you would produce documents and interrogatory responses in response to the second set of written discovery by today. Can you please confirm if that is still your intention?

Thanks,
Lindsay

---

**From:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Sent:** Tuesday, May 20, 2025 4:57 PM
**To:** Joseph Sulman <jsulman@sulmanlaw.com>
**Cc:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>; YLDA KOPKA <YLDA.KOPKA@EEOC.GOV>
**Subject:** RE: [External] Re: [External] [External] [External] Financial records and other discovery

Joe,

Thank you for sending the 2023 DFI tax return. Based on the 30(b)(6) testimony today, it appears that each Defendant's trial balance sheet reflects all of the information that we requested and has different financial information than the financial information in the tax returns. Will you please let us know if Defendants will provide their trial balance sheets from 2021-2024?

Best,

<image001.png>  **Gena Miller | Trial Attorney**
United States Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor, New York, NY 10004
Phone: 929.506.5342 | Fax: 212.336.3623
Email: gena.miller@eeoc.gov

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, May 20, 2025 11:44 AM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>
**Subject:** [External] Re: [External] [External] [External] Financial records and other discovery

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

2023 DFI tax return

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.

255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)