# EXHIBIT 9

**From:** Joseph Sulman
**To:** LINDSAY C. SFEKAS
**Cc:** GENA MILLER; YLDA KOPKA
**Subject:** [External] Re: [External] [External] [External] [External] [External] Financial records and other discovery
**Date:** Wednesday, May 28, 2025 2:27:09 PM

Counsel -

1. I can have a call anytime tomorrow before 11, so let's say 10 am.

2. I don't understand your concerns about discovery production. In our Response to the Second RFPD the Defendant promised to produce responsive documents. The Defendants did not state that there were necessarily any responsive documents to any particular requests. The Defendants searched for responsive documents, per our obligation, and produced what we found.

Furthermore, I also did not state that this week's production is the complete production. As I also indicated to you, Ms. Foote is the individual responsible for gathering documents, but also was the designee for the Rule 30(b)(6) deposition taken last week. It is my understanding that she was able to delegate some of the responsibility for searching for and gathering documents (from physical personnel records) to the current Executive Administrative Assistant, who gathered and sent to me the documents that we produced this week. Ms. Foote needs to gather and collect the remainder of documents and information, to the extent there are any.

While the discovery deadline terminates the parties' ability to serve further discovery, it does not have any effect on the Defendants' ability to collect and produce documents in response to the EEOC's Second RFPD. That will continue.

Joe


Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**

STATEMENT OF CONFIDENTIALITY This e-mail message may contain confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify the Law Office of Joseph L. Sulman, Esq. at (617) 521-8600, and purge this e-mail message from your computer system immediately. Thank you.

On May 28, 2025, at 10:56 AM, LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV> wrote:

Joe—

Gena and I were both out yesterday. We received this production this morning and have quickly reviewed. Defendants did not provide documents responsive to the following requests despite Defendants not asserting any objections to these requests:

- Request No. 42: All documents that constitute, refer or relate to job descriptions for any position Cam Freeman has had since he has been Defendants' employee.
- Request No. 44: Organizational charts demonstrating management structure and supervisory duties from January 1, 2020, to December 31, 2021, including the name of the individual in each position.
- Request No. 46: Documents reflecting any time off taken by an individual in the Executive Administrative Assistant role during the relevant time period including but not limited to email or text message correspondence.
- Request No. 47: The employee census for the years 2020 and 2021.
- Request No. 49: The job description that was attached to Elizabeth Roesel's offer letter.
- Request No. 51: All documents reflecting any request by Defendants that an employee provide a doctor's note to support a request for an accommodation or time off from work.
- Request No. 53: Any contracts with a staffing agency to fill the Executive Administrative Assistant role.
- Request No. 54: Any communications with staffing agencies about providing a temporary employee for the role of the Executive Administrative Assistant.
- Request No. 55: Documents sufficient to identify when Defendants' bank deposits switched to remote deposits.

Moreover, for Request No. 45, what kind of search did you perform to determine that there were no responsive text messages?

Defendants also did not provide the agreed upon information responsive to Request Nos. 56-58. This agreement was memorialized in our May 14, 2025 letter. You represented on our call that day that Defendants would produce the following responsive documents:

- New Hire Data Sheet
- Application for employment
- Resume
- Notes from interviews
- Notes or emails related to checking references
- Compensation analysis
- Exit Interview/Termination documents
- Any performance reviews or performance management

As we noted on May 9, 2025, we planned to file a Motion to Compel if we did not receive a production by May 14, 2025. In our meeting that day, you represented that Defendants would make a responsive production **no later than** May 23, 2025. We then requested that you provide by May 21, 2025 due to the pending discovery deadline and the prejudice facing the EEOC if the production was insufficient. Because discovery closes on May 30, 2025, and we did not receive any responsive documents by May 23, 2025, the date that Defendants said the documents would be produced, the EEOC has now spent several hours preparing a Motion to Compel. Because of the impending close of discovery and deficiencies in Defendants production, the EEOC will need to meet and confer tomorrow morning before 11 am in order to have time to seek court intervention if still necessary. Please let us know your availability to meet and confer prior to 11 tomorrow morning.

-Lindsay

---

**From:** Joseph Sulman <jsulman@sulmanlaw.com>
**Sent:** Tuesday, May 27, 2025 10:06 AM
**To:** LINDSAY C. SFEKAS <LINDSAY.SFEKAS@EEOC.GOV>
**Cc:** GENA MILLER <GENA.MILLER@EEOC.GOV>; YLDA KOPKA <YLDA.KOPKA@EEOC.GOV>
**Subject:** [External] Re: [External] [External] [External] [External] Financial records and other discovery

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Lindsay -

Please find attached documents responsive to the second RFPD.

Additionally, I will sending the link to tomorrow's deposition at 1 pm later today.

Joe

Joseph Sulman
Law Office of Joseph L. Sulman, Esq.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
Office  617-521-8600
Direct 781-701-8126
Fax 866-514-4839
jsulman@sulmanlaw.com
www.sulmanlaw.com

**PLEASE NOTE NEW ADDRESS**
255 BEAR HILL ROAD, SUITE 204
WALTHAM MA 02451
(Same phone and email)

צדק צדק תרדוף
"Justice, justice you shall pursue"

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your work schedule.**