Gmail **Tiffany Gunther <tiffgunther@gmail.com>**

# Re: Regarding Video Interview | Your resume has been presented to Harvard University

4 messages

**Pawan Tripathi** <pawan.tripathi@talentburst.com> Fri, Nov 5, 2021 at 12:51 PM
To: "tiffgunther@gmail.com" <tiffgunther@gmail.com>

GM Tiffany

Hope you are staying safe & healthy, I have received the video interview request for you for below position from the client Harvard university and the proposed time from the client on this is **Monday 11/08/2021 at 10:30 AM EST,** please confirm your availability so that we can get it scheduled and proceed further for the next step.

Your quick response would be highly appreciated.

Pawan Tripathi
O :415-523-8570
C :925-238-7683
Pawan.tripathi@talentburst.com
www.talentburst.com

---

**From:** Pawan Tripathi
**Sent:** Monday, October 25, 2021 2:31 PM
**To:** tiffgunther@gmail.com
**Subject:** Your resume has been presented to Harvard University

Dear Tiffany ,

Your resume moments ago was presented to our client Harvard University. HUJP00004709

The position is located at:
FAS - Harvard 54 Dunster St
Cambridge, MA 02138

**Note: This is an in-person position. Hours are Monday – Friday, 9am-5pm with one hour unpaid lunch. Excludes holidays.**

Provides office administrative and reception support and other duties as assigned for the Office of Career Services by

supporting multiple teams including Administration, Recruiting, Technology, and Summer Funding. This is a project-based role reporting to project-owners from each team. The role will be based at our reception desk in order to assist with greeting students and answering the phone.

Duties for these units will include in-person coverage of the front desk, print publication and website edits, database clean-up, archival work, event support, communications with students and employers, and other projects as assigned. Delivers quality customer service by providing accurate information and assistance to students and employers in a high-volume environment via e-mail, over the phone, and in-person.

Outstanding communication skills (written & oral) and attention to detail required. Must possess excellent organizational skills and ability to multi-task with flexibility to pivot between projects and teams as needed. Strong customer service experience necessary. Must be able to manage complex and confidential information and systems. Should be familiar and comfortable working with databases. Participates in range of office-wide events as assigned.

Basic Qualifications: Excellent computer skills: Microsoft Office (including Excel), databases, and communications platforms including Zoom and Microsoft Teams.
Additional Qualifications: Strong team player with positive attitude and excellent problem-solving skills. Flexibility and professional manner essential; ability to work with a variety of people and constituencies; must work well both independently and as part of a team. Higher ed experience a plus.

This is an in-person position. Hours are Monday – Friday, 9am-5pm with one hour unpaid lunch. Excludes holidays.

The University is requiring COVID vaccination for all **** community members except individuals with a legal exemption. All **** affiliates with any on-campus presence are required to test at their assigned cadence. Masks are required in all **** buildings.

I will contact you as soon as I hear from our client, if there is an interview request for you, I or a member of the TalentBurst team will go over the details. Please keep in mind that it may take up to a week or more for the client to respond. If you have any questions please feel free to call me.

Best Regards,
Pawan Tripathi
TalentBurst, Inc.
575 Market Street, Suite 3025
(415) 523-8570

---

**Tiffany Gunther** <tiffgunther@gmail.com> Fri, Nov 5, 2021 at 1:02 PM
To: Pawan Tripathi <pawan.tripathi@talentburst.com>

Hi Pawan,

I am unfortunately not available for the position as I have had an unexpected health issue come up. It will be a few months before I will be well enough to start a new job. I'm sorry for the inconvenience and please keep in touch closer towards February. Thank you.

Best Regards,
Tiffany Gunther

On Nov 5, 2021, at 12:51 PM, Pawan Tripathi <pawan.tripathi@talentburst.com> wrote:

[Quoted text hidden]

**Pawan Tripathi** <pawan.tripathi@talentburst.com> Fri, Nov 5, 2021 at 1:05 PM
To: Tiffany Gunther <tiffgunther@gmail.com>
Cc: Roberto Calabrese <roberto.calabrese@talentburst.com>

No issues Tiffany

Please take care of your health and do let me know once you will be in job market once again,
Thanks!

Pawan Tripathi
O :415-523-8570
C :925-238-7683
Pawan.tripathi@talentburst.com
www.talentburst.com

---

**From:** Tiffany Gunther <tiffgunther@gmail.com>
**Sent:** Friday, November 5, 2021 1:02:53 PM
**To:** Pawan Tripathi
**Subject:** Re: Regarding Video Interview | Your resume has been presented to Harvard University

[Quoted text hidden]

---

**Tiffany Gunther** <tiffgunther@gmail.com> Fri, Nov 5, 2021 at 1:08 PM
To: Pawan Tripathi <pawan.tripathi@talentburst.com>

Ok I will and thank you again!

Sent from my iPhone

> On Nov 5, 2021, at 1:05 PM, Pawan Tripathi <pawan.tripathi@talentburst.com> wrote:
>
> [Quoted text hidden]