UNITED STATES DISTRICT COURGT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC PROPERTY MANAGEMENT CORP. AND DIVERSIFIED FUNDING, INC.,<br><br>    Defendants. | Civil Action No.:<br>1:24-cv-10370 |

### OPPOSITION TO EEOC'S SECOND MOTION TO COMPEL[1]

Defendants, Atlantic Property Management Corp. ("Atlantic") and Diversified Funding, Inc. ("DFI"), hereby submits this Opposition to the EEOC'S Second Motion to Compel.

1.    <u>Defendants Fully Complied with the EEOC's Second Set of Discovery.</u>[2]

Defendants served their Response to the Defendants Second Request for Production of Documents ("Second Requests") on May 8, 2025, six days after the service deadline under Fed.R.Civ.P. 34. Response to Second Requests, <u>Exhibit 1</u>. At that time and over the course of the next several weeks, they produced all responsive documents in their possession and control in response to the Second Requests. Affidavit of Joseph Sulman, <u>Exhibit 2</u>.

---

[1] Defendants acknowledge that this Opposition is filed past the fourteen period for an Opposition to a Motion permitted under L.R. 7.1(b)(2). Defendants ask the Court to accept the Opposition for purposes of the June 20, 2025 hearing despite the lateness or for informational purposes where the exhibits show that there is nothing to compel Defendants to do.

[2] Defendants repeat their position, as stated in their Opposition to the EEOC's Motion to Enforce Compliance with Court Order (ECF No. 39), that the EEOC's discovery requests violate Rule 26 because they are not proportional to the needs of the case, "considering the importance of the issues at stake in the action [and] the importance of the discovery in resolving the issues" where the Charging Party is, by her own words, not a qualified handicapped person.

After researching and collecting the information requested, Defendants served their Answers to EEOC's Second Set of Interrogatories on June 17, 2025. Answers to Second Interrogatories, Exhibit 3. The Defendants provided answers for all interrogatories except one, based on an objection, and a second based on the EEOC exceeding the number of interrogatories permitted under Fed.R.Civ.P. 33. *Id.*

For the foregoing reasons, the EEOC's Motion should be denied.

> DEFENDANTS ATLANTIC
> PROPERTY MANAGEMENT CORP. and
> DIVERSIFIED FUNDING, INC.,
> By their attorneys,
>
> /s/ Joseph Sulman
> Joseph L. Sulman, BBO #663635
> LAW OFFICE OF JOSEPH L. SULMAN
> 255 Bear Hill Road, Suite 204
> Waltham, MA 02451
> (617) 521-8600
> jsulman@sulmanlaw.com

Dated: June 19, 2025

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all parties through their counsel of record on June 19, 2025 by ECF at the following addresses:

LINDSAY.SFEKAS@EEOC.GOV and GENA.MILLER@EEOC.GOV.

> /s/ Joseph Sulman
> Joseph L. Sulman