UNITED STATES DISTRICT COURGT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>ATLANTIC PROPERTY MANAGEMENT CORP. AND DIVERSIFIED FUNDING, INC.,<br><br>        Defendants. | Civil Action No.:<br>1:24-cv-10370 |

**AFFIDAVID OF JOSEPH SULMAN IN SUPPORT OF**
**OPPOSITION TO EEOC'S SECOND MOTION TO COMPEL**

I, Joseph L. Sulman, hereby depose and state as follows:

1.      I am counsel for the Defendants in this matter and provide the following information based on my personal knowledge.

2.      Since serving the Response to Second Requests for Production of Documents from the EEOC on behalf of Defendants, the Defendants have, to the best of my knowledge and belief, produced all documents in their possession and control responsive to the Second Requests other than those protected by privilege. The Defendants also conferred with EEOC and withdrew their objections on Requests 56-58.

Signed under pains and penalty of perjury, this 19 Day of June, 2025

*Joseph Sulman*
Joseph L. Sulman