UNITED STATES DISTRICT COURGT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>ATLANTIC PROPERTY MANAGEMENT CORP. AND DIVERSIFIED FUNDING, INC.,<br><br>        Defendants. | Civil Action No.:<br>1:24-cv-10370 |

**DEFENDANTS ANSWERS AND OBJECTION TO PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S SECOND SET OF INTERROGATORIES TO DEFENDANTS**

Defendants Atlantic Property Management Corp. ("Atlantic") and Diversified Funding,

Inc. ("DFI") (collectively "Defendants") hereby provide the following objections and responses

to the Second Set of Interrogatories.

**INTERROGATORIES**

17.    Identify the date when Defendants' bank deposits switched to remote deposits.

Answer: First accounts that moved to direct deposit were in July 2012 and last accounts moved to direct deposit in July 2021.

18.    Identify Cam Freeman's date of hire as a permanent employee.

Answer: 6/8/2020.

19.    Identify all temporary employees who have performed the role of Executive Administrative Assistant from 2020 to the present, including the name of the individual, the staffing agency used, if any, and the dates the individual was assigned to work for Defendants as the Executive Administrative Assistant.

Answer: Margaret O'Brien         Robert Half     10/19/22 – 10/21/22

         Annette Holder Griffen     Robert Half     10/6/21 – 2/11/22

Caitlin Devlin              Roessel Joy      10/9/24 – 10/11/24

Amelia Newman          Roessel Joy      10/22 -10/23; 10/28

Jackie Lemus             Roessel Joy      10/31/24 - 2/21/25

20.     Identify the date on which Defendants provided an across the board 4% salary increase.

Answer: 12/14/2022

21.     For each Executive Administrative Assistant, during each year from 2020 to present, identify the amount that she received as bonus compensation in each year she was employed.

Answer: Michaela Boyd              2020 Bonus Comp $6,200

                                            2021 Bonus Comp $ 2,940

Elizabeth Roesel              2022 Bonus Comp $3,360

Rebecca Foote              2023 Bonus Comp $5,850

                                            2024 Bonus Comp $9,050

Leanne Belliveau              2024 Bonuse Comp $583

Jessica Toste              $0

Maria Ramierez              2025 Bonus Comp $1,334 to date

22.     Identify the end-of-year-bonus amount received by the Executive Administrative Assistant each year from 2020 to present.

Answer: Michaela Boyd        2020 $2,000

Elizabeth Roesel        2022 $0

Rebecca Foote        2022 $2,100

                              2023 $1,500

Leanne Belliveau        2024 $0

Jessica Toste        $0

Maria Ramierez        N/A.

23.     List the number of employees each Defendant employed for each calendar week for the calendar years 2020 and 2021.

2

Objection:      Defendant objects to this Interrogatory on the ground that it is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

24.      For each accommodation identified in the attachment to the Defendants' Answers to Interrogatories, identify from whom the employee requested the accommodation, whether a doctors' note was requested, whether a doctors' note was supplied, and any analysis that Defendants performed to determine that the requested accommodation would not create an undue hardship on the companies.

Answer and Objection: Defendants object to this Interrogatory on the ground that it seeks information protected by attorney-work product, attorney-client privilege, and improperly seeks legal conclusion. Subject to and notwithstanding such objections, Defendants state:

Each employee reported to their immediate supervisor.  Of the individuals on the accommodations list, only Silverio Parra was asked for and provided a doctor's note to verify that he was allowed to return to work for light duty.  The supervisors would have determined how they could accommodate the missing person with other qualified personnel.

25.      For each accommodation identified in the attachment to the Defendants' Supplemental Answers to Interrogatories, identify from whom the employee requested the accommodation, whether a doctors' note was requested, whether a doctors' note was supplied, and any analysis that Defendants performed to determine that the requested accommodation would not create an undue hardship on the companies

Objection: Defendant objects to this Interrogatory on the grounds that the total number of interrogatories propounded by the Plaintiff exceeds the number of Interrogatories permitted under Rule 33 of the Rules of Civil Procedure.

26.      Identify all persons who prepared or assisted in the preparation of Defendants responses to Plaintiff's interrogatories and document requests. For each person, state:
    a.  their official job title;
    b.  their business address and telephone number; and
    c.  which interrogatory and/or document request response the person prepared or assisted in preparing.

Answer:      Cheryl Foote Controller          Madaline Nunez Assistant Controller

Lynn Eaton Payroll Accountant      Maria Ramirez  Administrative Assistant

All at 63 Atlantic Ave Boston MA 02110 617-227-0893

With help from counsel. Various interrogatories, cannot recall which ones.

3

Signed under the pains and penalty of perjury this 17ᵗʰ Day of June 2025

_____
Cheryl Foote

As to Objections,

DEFENDANTS ATLANTIC PROPERT MANAGEMENT
CORP. AND DIVERSIFIED FUNDING, INC.
By their attorneys,

/s/ Joseph Sulman
Joseph L. Sulman, BBO #663635
LAW OFFICE OF JOSEPH L. SULMAN
255 Bear Hill Road, Suite 204
Waltham, MA 02451
(617) 521-8600
jsulman@sulmanlaw.com

June 17, 2025

4

## CERTIFICATE OF SERVICE

I hereby certify that I served this document on counsel of record for Plaintiff via electronic mail on June 17, 2025 at the following address:

LINDSAY.SFEKAS@EEOC.GOV and GENA.MILLER@EEOC.GOV.

/s/ Joseph Sulman
Joseph L. Sulman

5