**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**
**Eastern Division**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ATLANTIC PROPERTY MANAGEMENT CORPORATION, and DIVERSIFIED FUNDING, INC.,**<br><br>Defendants. | Civil Action No. 1:24-cv-10370-AK |

**JOINT NOTICE OF PROPOSED SCHEDULES FOR OUTSTANDING DISCOVERY AND SUMMARY JUDGMENT**

Pursuant to the Court's order (Doc No. 43), Plaintiff United States Equal Opportunity Commission ("Plaintiff") and Defendants Atlantic Properties Management Corporation and Diversified Funding, Inc. ("Defendants") jointly file a notice of proposed schedule to resolve outstanding discovery issues and for summary judgment motions.

**PROPOSED SCHEDULE TO RESOLVE OUTSTANDING DISCOVERY ISSUES**

| Deadline | Action |
|---|---|
| June 20, 2025 | • Defendants shall produce responses to Plaintiff's Requests for Production 56 through 58. |
| July 7, 2025 | • Defendants shall produce their Trial Balance Sheets from 2021 to the present.<br>• Defendants shall determine which vendor they shall use to produce Electronically Stored Information.<br>• Plaintiff shall provide search terms for Defendants to use to search the cell phones of Ms. Russo, Ms. Foote, Mr. Bendetson, and Ms. McCourt.<br>• Plaintiff shall provide email search terms regarding contracts and communications with third party staffing agencies. |

| | |
|---|---|
| | • Plaintiff shall file its estimate of fees and costs for Doc. Nos. 17, 27, and 35. |
| July 21, 2025 | • Defendants shall provide proof that that they have run the email searches agreed upon during the discovery period and supplement their production with any non-privileged responsive documents and if applicable, provide an updated privilege log within 7 days.<br>• Defendants shall provide proof that they have run the searches regarding contracts and communications with third party staffing agencies and shall produce the results of those searches.<br>• Defendants shall confirm the date that they shall make Roberta Russo available for her continued deposition at Defendants' expense, which shall not be more than 2 hours, shall concern solely the issues revealed in the supplemental production, and shall be scheduled between July 28, 2025 and August 8, 2025. |
| *To be determined* | • Defendants shall produce their 2024 tax returns within 14 days of submitting them to the Internal Revenue Service. |

**PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE**

| | |
|---|---|
| Briefing schedule deadlines if the parties file cross-motions for summary judgment | • Defendants' motion shall be due on September 12, 2025.<br>• Plaintiff's memorandum in opposition to Defendants' summary judgment motion and its memorandum in support of its cross-motion for summary judgment shall be due on October 15, 2025.<br>• Defendants' single memorandum as both their reply in support of their motion and their opposition to Plaintiff's cross-motion shall be due on November 4, 2025.<br>• Plaintiff may file a memorandum as its reply in support of its cross-motion for summary judgment shall be due by November 18, 2025. |
| Briefing schedule deadlines if Defendants file for summary judgment and Plaintiff does not file a cross motion | • Defendants' motion shall be due on September 12, 2025.<br>• Plaintiff's memorandum in opposition to Defendants' summary judgment motion shall be due by October 3, 2025.<br>• Defendants' reply shall be due by October 17, 2025. |
| Briefing schedule deadlines if Plaintiff files for summary judgment and Defendants do not file a cross motion | • Plaintiff's summary judgment motion and shall be due on October 14, 2025.<br>• Defendants' opposition to Plaintiff's motion shall be due on November 4, 2025.<br>• Plaintiff's reply in support of its motion for summary judgment shall be due by November 18, 2025. |

Dated: June 24, 2025

/s/ *Gena Miller*

GENA MILLER
*Counsel for Plaintiff EEOC*
U.S. EQUAL
EMPLOYMENT
OPPORTUNITY
COMMISSION
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
(929) 506-5343
gena.miller@eeoc.gov

Respectfully submitted,

/s/ *Joseph Sulman (with permission)*

Joseph Sulman
*Counsel for Defendants Atlantic Properties Management Corporation and Diversified Funding, Inc.*
LAW OFFICE OF JOSEPH L.
SULMAN ESQ.
255 Bear Hill Road, Suite 204
Waltham, MA 02451
617-521-8600
jsulman@sulmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2025, a copy of the foregoing was filed electronically using the CM/ECF system. Transmission of the Notice of Electronic Filing through the court's transmission facilities shall constitute service of the filed document upon registered ECF users.

Dated: June 24, 2025

*/s/ Gena Miller*
*GENA MILLER*