**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **ATLANTIC PROPERTY MANAGEMENT CORPORATION, and DIVERSIFIED FUNDING, INC.**, <br><br> Defendants. | Civil Action No.  1:24-cv-10370-AK |

## MOTION FOR STAY AND EXTENSION WITH REQUEST FOR EXPEDITED RULING

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and federal government shutdown. The EEOC also requests an expedited ruling on this motion.

1.    The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

2.    Federal government appropriations lapsed at midnight on October 1, 2025, and the EEOC is now shut down.

3.    The EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies …" 31 U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the

suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4.      Under the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on October 1, 2025.

5.      Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

6.      The undersigned contacted Defendants' counsel regarding this motion and Defendants do not oppose this motion.

7.      The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Dated:  October 1, 2025                                          Respectfully submitted,


                                                               /s/ *Gena Miller*
                                                               GENA MILLER
                                                               *Counsel for Plaintiff EEOC*
                                                               U.S. EQUAL EMPLOYMENT
                                                               OPPORTUNITY COMMISSION
                                                               New York District Office
                                                               33 Whitehall Street, 5th Floor
                                                               New York, NY 10004
                                                               (929) 506-5342
                                                               gena.miller@eeoc.gov


### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a copy of the foregoing was filed electronically using the CM/ECF system. Transmission of the Notice of Electronic Filing through the court's transmission facilities will constitute service of the filed document upon registered ECF users.

3

/s/ *Gena Miller*
Gena Miller

3