AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    24-cv-10370 |
| Atlantic Property Management Corp. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission                              .

Date:     03/17/2026

s/ Justin Mulaire
*Attorney's signature*

Justin Mulaire (IL Bar No. 6288437)
*Printed name and bar number*

U.S. Equal Employment Opportunity Commission
230 S. Dearborn St., Ste. 2920
Chicago, IL  60604

*Address*

justin.mulaire@eeoc.gov
*E-mail address*

(312) 872-9666
*Telephone number*

*FAX number*

Certificate of Service:

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing.

/s Justin Mulaire